UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIERRA THOMAS,** | * | **CASE NO: 18-cv-4373** |
| **ANTOINE CLARK,** | * | |
| **AND SHIRLEY HARRIS** | * | |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **RANDALL CHAMBERS,** | * | |
| **GOD'S WAY TRUCKING, LLC** | * | **MAG. JUDGE KAREN WELLS ROBY** |
| **CANAL INSURANCE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COUNTERCLAIM

NOW INTO COURT, through undersigned counsel, come defendants, RANDALL CHAMBERS, GOD'S WAY TRUCKING, LLC, AND CANAL INSURANCE COMPANY, who file this Counterclaim against Plaintiffs, Kierra Thomas, Antoine Clark, and Shirley Harris, and aver:

1.

Made defendants-in-counterclaim are:

a. Kierra Thomas, a resident of and domiciled in the State of Texas.

b. Antoine Clark, a resident of and domiciled in the State of Louisiana.

c. Shirley Harris, a resident of and domiciled in the State of Louisiana.

2.

Defendants-in-counterclaim have asserted that they were injured in an accident on April 24, 2017 which was caused by Randall Chambers in his capacity as a truck driver for God's Way Trucking, LLC.

3.

Defendants-in-counterclaim further allege that they suffered injury as a result of the alleged accident and have sought damages from plaintiffs-in-counterclaim.

4.

Plaintiffs-in-counterclaim maintain that the accident or collision was intentionally caused by defendants-in-counterclaim and/or that defendants-in-counterclaim suffered no injury as a result of the alleged accident. The allegations of the defendants-in-counterclaim to the contrary are misrepresentations in accordance with Louisiana Civil Code article 1953.

5.

As a result of the acts of the defendants-in-counterclaim in misrepresenting and/or staging the accident and/or injuries at issue in this matter, plaintiffs-in-counterclaim have suffered damages to be shown at the trial of this matter, including but not limited to, attorney's fees and litigation expenses in association with the defense of this action.

6.

The unlawful action of the defendants-in-counterclaim caused and/or contributed to these damages and are liable to the plaintiffs-in-counterclaim for all such damages provent at the trial of this matter.

**WHEREFORE**, Defendants and plaintiffs-in-counterclaim, RANDALL CHAMBERS, GOD'S WAY TRUCKING, LLC AND CANAL INSURANCE COMPANY, pray that all due proceedings are had, there be judgment in their favor and against defendants-in-counterclaim, jointly and in solido, in amounts determined to be reasonable in the premises, including attorney's fees, legal interest from date of judicial demand until paid, and for all costs of these proceedings. Plaintiffs-in-counterclaim further pray for all other full, general, and equitable relief appropriate under the premises and that this Honorable Court is competent to grant.

Respectfully submitted,

*/s/ Guy D. Perrier*_____
**GUY D. PERRIER, #20323**
**DUSTIN L. POCHÉ, #33451**
**PERRIER & LACOSTE, LLC**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820;
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: dpoche@perrierlacoste.com
**ATTORNEYS FOR DEFENDANTS,**
Randall Chambers, God's Way Trucking, LLC, and Canal Insurance Company

---

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record through the Court's CM/ECF system this **2nd** day of **July**, **2018**, at their last known address of record.

*/s/ Guy D. Perrier*_____
**GUY D. PERRIER**