UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIERRA THOMAS, ANTOINE CLARK, ET AL. | * | NO. 2:18-cv-04373-SSV-KWR |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| RANDALL CHAMBERS, | * | |
| GOD'S WAY TRUCKING, L.L.C., | * | MAGISTRATE JUDGE KAREN |
| AND CANAL INSURANCE COMPANY. | * | WELLS ROBY |

************************************************************************

## DECLARATION OF DORIS PRANICEVIC

In accordance with 28 U.S.C. § 1746, I, Doris Pranicevic, declare as follows:

1. My name is Doris Pranicevic. I am the Chief Operating Officer of Canyon MB Holdings, LLC, which is the majority member of Medport LA, LLC ("Medport"). In this capacity, I am familiar with the operations of Medport.

2. Medport is limited liability company that is organized under the laws of Nevada. Medport LA's registered agent for service of process in Nevada is Louis E. Garfinkel. Medport's office is located at 6325 S. Jones Boulevard, Suite 400, Las Vegas, Nevada 89118.

3. Medport is not a medical provider, nor does it direct the medical care or treatment of any patients. Medport purchases medical bills and invoices from physicians and medical providers, who then assign the right to payment on those accounts to Medport. Medport purchases these accounts and transacts business from its office in Las Vegas, Nevada.

EXHIBIT 2

4. Medport is not registered to do business in Louisiana, nor does it have any registered or authorized agent in Louisiana.

5. Medport does not own or lease any real property in Louisiana.

6. I have reviewed the subpoena issued to "Sean Alfortish, individually and in capacity as representative of Medport LA" (the "Subpoena").

7. Sean Alfortish is an independent sales representative for Medport. He is not an employee of Medport. Mr. Alfortish is not authorized to accept service of process or any subpoenas of any kind on behalf of Medport. Mr. Alfortish is also not an officer, member, manager, managing agent, or general agent of Medport, nor would he be a corporate representative for Medport.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2019.

_____
DORIS PRANICEVIC