UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KIERRA THOMAS,<br>ANTOINE CLARK, ET AL. | *   NO. 2:18-cv-04373-SSV-KWR<br>*<br>* |
| VERSUS | *<br>*   JUDGE SARAH S. VANCE<br>* |
| RANDALL CHAMBERS,<br>GOD'S WAY TRUCKING, L.L.C.,<br>AND CANAL INSURANCE COMPANY. | *   MAGISTRATE JUDGE KAREN<br>*    WELLS ROBY<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF SEAN ALFORTISH**

In accordance with 28 U.S.C. § 1746, I, Sean Alfortish, declare as follows:

1. My name is Sean Alfortish. I am an independent sales representative for Medport LA, LLC ("Medport"). I am not a member or manager of Medport, nor am I an employee of Medport.

2. On January 29, 2019, I was served with a subpoena in the above-captioned case, a copy of which is attached (the "Subpoena"). I have never testified as a corporate representative of Medport. I am not authorized to receive or accept service of any process, including subpoenas, for or on behalf of Medport.

3. I did not receive a witness or mileage fee or check with the Subpoena, nor have a received any such fee or check after being served with the Subpoena.

4. I do not know nor have I personally met any of the plaintiffs in this case, including Kierra Thomas, Shirley Harris, or Antoine Clark (the "Plaintiffs"). I am not related to any of the Plaintiffs, nor have I employed or been employed by any of the Plaintiffs. I do not have any independent knowledge of any accounts receivable

**EXHIBIT 4**

that Medport may have purchased from any medical providers for any of the Plaintiffs.

5.   I understand that this case involves an alleged motor vehicle crash involving the Plaintiffs. I did not witness that motor vehicle crash, nor am I a police or law enforcement office that may have responded to the scene of the incident. I have not been retained by any of the Plaintiffs as an expert in this case.

6.   I am not a physician nor did I play any role in the diagnosis or treatment of any of the Plaintiffs.

7.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12th, 2019.

_____
SEAN ALFORTISH

2