```
 1      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 2              UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF LOUISIANA
 4                   CASE NO. 18-cv-4373
 5                 JUDGE SARAH S. VANCE
 6          MAGISTRATE JUDGE KAREN WELLS ROBY
 7
 8
         KIERRA THOMAS, ANTOINE CLARK and SHIRLEY HARRIS
 9
                              VERSUS
10
         RANDALL CHAMBERS, GOD'S WAY TRUCKING, LLC,
11
                       CANAL INSURANCE COMPANY
12
13      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
14
15
16        Deposition of KIERRA OLIVIA THOMAS, 2713
17   South Rocheblave Street, New Orleans,
18   Louisiana, 70125, taken in the law offices of
19   Pandit Law Firm, LLC, 701 Poydras Street, Suite
20   3950, New Orleans, Louisiana, 70139, on
21   Thursday, October 18th, 2018, at or about 10:00
22   a.m.
23
24
25
```

```
 1  that you have gone to those three facilities
 2  but do not recall ever complaining of neck or
 3  back pain?
 4       A.  Correct.
 5       Q.  All right.  Now, let's get into -- let
 6  me ask one more questions about that.
 7            Those three facilities I named,
 8  were any of those the facilities where you did
 9  go to get that chiropractic treatment you
10  talked about?
11       A.  No, sir.
12       Q.  So that would been another place?
13       A.  Correct.
14       Q.  Okay.  But we don't know the name?
15       A.  No, sir.
16       Q.  All right.  Now, let's talk about this
17  accident.  Okay?
18       A.  Okay.
19       Q.  And the injuries in this accident you
20  sought some medical treatment; that's right?
21       A.  Correct.
22       Q.  All right.  Who was your first medical
23  provider?
24       A.  My first medical provider was
25  Dr. Nick.
```

```
 1         Q.  All right.  And Dr. Nick, is he with
 2   Doctor Rehab Services?
 3         A.  Yes, sir.
 4         Q.  And I have a date of April 26th, 2017;
 5   is that correct?
 6         A.  Correct.
 7         Q.  Two days after the accident?
 8         A.  Correct.
 9         Q.  All right.  Who referred you to
10   Dr. Nick?
11         A.  Dr. Vanessa -- oh, I can't remember
12   the other guy's name.
13            BY MR. BAER:
14                You said "Dr. Vanessa"?
15            BY THE WITNESS:
16                Oh, I'm sorry.  Ms. Vanessa.
17   EXAMINATION BY MR. POCHÉ:
18         Q.  All right.  Ms. Vanessa referred you
19   to who -- somebody who referred you to
20   Dr. Nick?
21         A.  It was --
22            BY MS. MOTTA:
23                Yes.
24            BY THE WITNESS:
25                Yes.
```