| From: | Dustin L. Poche |
|---|---|
| To: | Josh Stein |
| Cc: | vanessa@mottalaw.com; Julie S. Burns; Courtney J. Howe; # P&L Files Active; Jason Baer; Casey DeReus; Stacie Coleman; Dana Hudson |
| Subject: | RE: 52478 - Kierra Thomas, et al v. Randall Chambers, et al; CDC No. 2018-3418, Sect. 6, Div. "L"; Defendants" 2nd Interrogatories to Plaintiffs |
| Date: | Thursday, January 03, 2019 2:13:00 PM |

Josh:

This will confirm our Rule 37 conference regarding Defendants 2nd Set of ROGs to Plaintiffs. Unfortunately, we were unable to come to an agreement.

Thank you for your time today.

Dustin


**Dustin L. Poché**
**Perrier & Lacoste, LLC**

Email: dpoche@perrierlacoste.com
Direct Telephone: (504) 526-1705
Direct Facsimile: (504) 526-1715

THIS IS A CONFIDENTIAL COMMUNICATION.   The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this message, please delete it immediately without opening any attachments.  Please notify the sender, **Dustin L. Poché** Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at dpoche@perrierlacoste.com that you received the e-mail in error. Thank you.

---

**From:** Dustin L. Poche
**Sent:** Friday, December 28, 2018 12:12 PM
**To:** Josh Stein
**Cc:** vanessa@mottalaw.com; Julie S. Burns; Courtney J. Howe; # P&L Files Active; Jason Baer; Casey DeReus; Stacie Coleman; Dana Hudson
**Subject:** Re: 52478 - Kierra Thomas, et al v. Randall Chambers, et al; CDC No. 2018-3418, Sect. 6, Div. "L"; Defendants' 2nd Interrogatories to Plaintiffs

Thanks Josh. Plaintiff was defined in the discovery requests. In order to file Motion to Compel, Conference is necessary.  Talk next week.

Have a happy new year!

Dustin L. Poché

Perrier & Lacoste, LLC

One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130



**EXHIBIT 7**

Email: dpoche@perrierlacoste.com
Direct Telephone: (504) 526-1705
Direct Facsimile: (504) 526-1715

Sent from iPhone

On Dec 28, 2018, at 12:09 PM, Josh Stein <jstein@panditlaw.com> wrote:

> Dustin,
>
> There is no information to provide, as my clients have no knowledge of the requested information. If you still believe a Rule 37 Conference is necessary, I am available the 3rd at 2pm.
>
> Thanks,
>
> Josh
>
> <image001.png> <image002.png> **Joshua Stein**
> *Associate Attorney*
> jstein@panditlaw.com
>
> **One Shell Square**
> O: 504-313-3800 I F: 504-313-3820
> 701 Poydras Street, Ste. 3950
> New Orleans, LA 70139
> www.panditlaw.com
>
> PRIVILEGED AND CONFIDENTIAL: This e-mail, and any attachments, contains information that is confidential and proprietary in nature, and protected by the attorney–client privilege. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it.
>
> **From:** Dustin L. Poche <dpoche@perrierlacoste.com>
> **Sent:** Friday, December 28, 2018 11:51 AM
> **To:** Josh Stein <jstein@panditlaw.com>
> **Cc:** 'vanessa@mottalaw.com' <vanessa@mottalaw.com>; Julie S. Burns <jburns@perrierlacoste.com>; Courtney J. Howe <chowe@perrierlacoste.com>; # P&L Files Active <files@perrierlacoste.com>; Jason Baer <jbaer@panditlaw.com>; Casey DeReus <cdereus@panditlaw.com>; Stacie Coleman <scoleman@panditlaw.com>; Dana Hudson <dhudson@panditlaw.com>
> **Subject:** RE: 52478 - Kierra Thomas, et al v. Randall Chambers, et al; CDC No. 2018-

3418, Sect. 6, Div. "L"; Defendants' 2nd Interrogatories to Plaintiffs

Josh:

As no information was provided, a Rule 37 conference is necessary.  Thus, we will set for Thursday, January 3, 3019 at 2:00 pm CST.  If you are unavailable, please advise, and we can select a new date.

Thanks,


*Dustin L. Poché*
Perrier & Lacoste, LLC

Email: dpoche@perrierlacoste.com
Direct Telephone: (504) 526-1705
Direct Facsimile: (504) 526-1715

**THIS IS A CONFIDENTIAL COMMUNICATION.   The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this message, please delete it immediately without opening any attachments.  Please notify the sender, Dustin L. Poché Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at dpoche@perrierlacoste.com that you received the e-mail in error. Thank you.**

---

**From:** Josh Stein [mailto:jstein@panditlaw.com]
**Sent:** Wednesday, December 26, 2018 3:33 PM
**To:** Dustin L. Poche
**Cc:** 'vanessa@mottalaw.com'; Julie S. Burns; Courtney J. Howe; # P&L Files Active; Jason Baer; Casey DeReus; Stacie Coleman; Dana Hudson
**Subject:** RE: 52478 - Kierra Thomas, et al v. Randall Chambers, et al; CDC No. 2018-3418, Sect. 6, Div. "L"; Defendants' 2nd Interrogatories to Plaintiffs

Dustin,

Attached please find Plaintiffs' Response to Defendants Second Set of Interrogatories.

Thanks,

Josh

<image001.png>

<image002.png>**Joshua Stein**
*Associate Attorney*
jstein@panditlaw.com

**One Shell Square**
O: 504-313-3800 I F: 504-313-3820

>  701 Poydras Street, Ste. 3950
>  New Orleans, LA 70139
>  www.panditlaw.com

PRIVILEGED AND CONFIDENTIAL:  This e-mail, and any attachments, contains information that is confidential and proprietary in nature, and protected by the attorney–client privilege. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it.

---

**From:** Courtney J. Howe <chowe@perrierlacoste.com>
**Sent:** Wednesday, November 28, 2018 2:35 PM
**To:** Jason Baer <jbaer@panditlaw.com>
**Cc:** 'vanessa@mottalaw.com' <vanessa@mottalaw.com>; Josh Stein <jstein@panditlaw.com>; Dustin L. Poche <dpoche@perrierlacoste.com>; Julie S. Burns <jburns@perrierlacoste.com>; # P&L Files Active <files@perrierlacoste.com>
**Subject:** 52478 - Kierra Thomas, et al v. Randall Chambers, et al; CDC No. 2018-3418, Sect. 6, Div. "L"; Defendants' 2nd Interrogatories to Plaintiffs

Mr. Baer,

Enclosed please find the attached correspondence and Discovery on behalf of Dustin L. Poché, in regard to the above referenced matter.

Thank you,

~~~~~~~~~~~~~~~~~~~~~~
**Courtney J. Howe**
**Legal Assistant to**
**Trent P. Roddy,**
**Kristie L. Mouney, and**
**Dustin L. Poché**
**Perrier & Lacoste, LLC**

**T: (504) 212-8844 F: (504) 525-1714**
**CHowe@PerrierLacoste.com**