| | |
|---|---|
| **From:** | Dustin L. Poche |
| **To:** | Vanessa Motta (vanessa@mottalaw.com) |
| **Cc:** | # P&L Files Active |
| **Subject:** | 52478 - Shirley Harris - Rogs, RFP and RFA |
| **Date:** | Friday, January 25, 2019 9:53:51 AM |

Vanessa:

Pursuant to our Rule 37 conference, I will provide a two week extension prior to seeking court intervention for the **THIRD SET OF INTERROGATORIES, SECOND REQUEST FOR ADMISSIONS, AND FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS** propounded to SHIRLEY HARRIS.

Thanks,

***Dustin L. Poché***
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

Email: dpoche@perrierlacoste.com
Direct Telephone: (504) 526-1705
Direct Facsimile: (504) 526-1715
(*Admitted in Louisiana and Texas*)

THIS IS A CONFIDENTIAL COMMUNICATION.  The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this message, please delete it immediately without opening any attachments.  Please notify the sender, **Dustin L. Poché** Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at dpoche@perrierlacoste.com that you received the e-mail in error. Thank you.

**EXHIBIT 3**