| | |
|---|---|
| **From:** | Dustin L. Poche |
| **To:** | Vanessa Motta (vanessa@mottalaw.com) |
| **Cc:** | # P&L Files Active |
| **Subject:** | 52478 - Shirley Harris - RFP #17 |
| **Date:** | Friday, January 25, 2019 9:51:33 AM |

Vanessa:

Pursuant to our Rule 37 conference, please see below RFP # 17 for Shirley Harris.  I will provide a 2 week extension for complete responses prior to seeking court intervention.

### REQUEST FOR PRODUCTION NO. 17.

With regard to Plaintiff's social networking website ("SNW")  accounts identified in Interrogatory No. 22, please produce or make available for inspection all documents or things, including electronically stored information (ESI), in the party's possession, custody or control which evidence, depict or relate to the party's mental, emotional and physical condition from the date of the accident through the present, inclusive of all documents or information relating to **this accident, plaintiff's injuries, or which support or are inconsistent with the party's alleged damages stemming from the accident that is the subject of this lawsuit, including personal and bodily injuries including, but not limited to, injuries to her neck and back; severe physical and mental injuries as well as inconvenience; Past, present and future mental pain and suffering; Past, present and future physical pain and suffering; Past, present and future medical expenses; Past, present and future lost earnings; Loss of earning capacity; and Loss of enjoyment of life (all as referenced in Paragraphs 16 and 18 of the Petition).**  This request includes, but is not limited to, all IP Logs, blog entries, "Wall Postings," photographs, bulletins and any additional information contained on SNW accounts maintained by the party  that:

   a)   refer or relate to the accident in question;

   b)   refer or relate to plaintiffs' property damages;

   c)    refer or relate to inconvenience or mental or emotional distress that plaintiff alleges

**EXHIBIT 5**

      she suffered as a result of the accident and any treatment received therefor;

d) refer or relate to alternative potential emotional stressors that are inconsistent with the mental injuries she alleges here;

e) refer or relate to physical injuries, pain, suffering or disability that plaintiff alleges she sustained as a result of the accident and any treatment that he received therefor;

f) refer or relate to other, unrelated physical injuries, pain, suffered, or disability suffered or sustained by plaintiff;

g) reflect physical capabilities that are inconsistent with the injuries that plaintiff allegedly suffered as a result of this accident; and

h) refer, relate, or are inconsistent with plaintiff's alleged past loss of wages and future loss of earning capacity.

For purposes of this Request for Production, the party is in "control" of all ESI maintained by the Social Networking Site Administrator by virtue of the consent provisions of the Stored Communications Act ("SCA"), 18 U.S.C. § 2701 et seq.

      Furthermore, to ensure the plaintiff's search for responsive information is complete, plaintiff must, to the extent possible, download all historical data available from his social networking websites for review by plaintiffs' counsel (not plaintiff himself) for responsive information. If a particular social network website does not allow for such review, the response shall include a description of the steps taken to locate and review responsive information within any social networking account.

**Dustin L. Poché**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

Email: dpoche@perrierlacoste.com
Direct Telephone: (504) 526-1705
Direct Facsimile: (504) 526-1715
(*Admitted in Louisiana and Texas*)

THIS IS A CONFIDENTIAL COMMUNICATION.  The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this message, please delete it immediately without opening any attachments.  Please notify the sender, **Dustin L. Poché** Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at dpoche@perrierlacoste.com that you received the e-mail in error. Thank you.