MINUTE ENTRY
ROBY, M.J.
February 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIERRA THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4373** |
| **RANDALL CHAMBERS, ET AL** | **SECTION: "R" (4)** |

LAW CLERK:	Brian E. Hawthorne
COURT REPORTER:	Rebecca Gonzalez

Appearances:	**Ryan O'Neil Luminais** for Third Parties Sean Alfortish and Medport LA, LLC
**Dustin L. Poche** for Defendants.

On this day, pursuant to the Court's February 22, 2019 Order (R. Doc. 49), the Court held oral arguments regarding a Motion to Quash and for Protective Order (R. Doc. 38) filed by Sean Alfortish and Medport LA, LLC (Third-Parties). The Defendants and Third-Parties discussed the procedural issues of a Rule 30(b)(6) corporate deposition subpoena issued on November 24, 2018 by the Defendants to Mr. Alfortish "individually and in capacity as a representative of Medport LA." The Court will issue a formal order soon.

MJSTAR: 00:17