UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIERRA THOMAS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-4373** |
| **RANDALL CHAMBERS, ET AL** | **SECTION: "R" (4)** |

### ORDER

In light of the attached notice sent to the Court on March 1, 2019 by specially-appearing third-parties Medport LA, LLC and Loy Ernst ( collectively "third-parties"), which provides that the subpoenas at issue in the third parties' **Motion to Quash and Motion for Protective Order (R. Doc. 50)** have been retracted by the Defendants,

**IT IS ORDERED** that the third-parties' **Motion to Quash and Motion for Protective Order (R. Doc. 50)** is **DENIED** as **MOOT**.

New Orleans, Louisiana, this <u>6th</u> day of March 2019.

_____
**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**

Law Offices of
# Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

| | | | |
|---|---|---|---|
| LEOPOLD Z. SHER [1] | RYAN D. ADAMS | ALEX E. HOTARD | [1] LAW CORPORATION |
| JAMES M. GARNER [2] | THOMAS J. MADIGAN, II [5] | STUART D. KOTTLE [7] | [2] MEMBER OF LOUISIANA AND TEXAS BARS |
| ELWOOD F. CAHILL, JR. | CHAD P. MORROW | LAURIE A. DEARMAN [2,8] | [3] MEMBER OF LOUISIANA AND ALABAMA BARS |
| RICHARD P. RICHTER | KEVIN M. McGLONE | JULIEN C. PETIT | [4] MEMBER OF LOUISIANA AND CALIFORNIA BARS |
| STEVEN I. KLEIN [1,9] | JEFFREY D. KESSLER [6] | TYLER M. DeAGANO | [5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS |
| PETER L. HILBERT, JR. | RYAN O. LUMINAIS [5] | CARSON M. GARAND | [6] MEMBER OF LOUISIANA AND NEW YORK BARS |
| MARIE A. MOORE [3] | ASHLEY G. COKER | AMANDA N. RUSSO | [7] MEMBER OF LOUISIANA AND ARIZONA BARS |
| DEBRA J. FISCHMAN | JONATHAN B. CERISE | | [8] MEMBER OF LOUISIANA AND N. CAROLINA BARS |
| DARNELL BLUDWORTH [2] | MATTHEW M. COMAN | | [9] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION |
| MARTHA Y. CURTIS [2] | KAREN T. HOLZENTHAL | | |
| NEAL J. KLING | AMANDA RUSSO SCHENCK | | |
| JOSHUA S. FORCE [2,4] | MELISSA ROME HARRIS | OF COUNSEL: | ALL OTHERS LOUISIANA BAR |
| DEBORAH J. MOENCH | JACOB A. AIREY | TIMOTHY B. FRANCIS | |
| JOHN T. BALHOFF, II | TRAVIS A. BEATON | DAVID A. MARCELLO | |
| ALVIN C. MIESTER, III | DAVID A. FREEDMAN | THOMAS P. ANZELMO, JR. | |
| CHRISTOPHER T. CHOCHELES | BRANDON W. KEAY | THOMAS P. McALISTER [2] | |

rluminais@shergarner.com
Direct Dial: (504) 299-2106
Direct Fax: (504) 299-2306

(504) 299-2100
FAX (504) 299-2300

March 1, 2019

**Via Electronic Mail**
Honorable Karen Wells Roby
500 Poydras Street, Room B437
New Orleans, Louisiana 70130

      Re: *Kierra Thomas, et al. v. Randall Chambers, et al.*, Civil Action No. 18-4373, U.S. District Court, E.D. La.

Dear Judge Roby,

      Our firm represents Medport LA, LLC ("Medport") and Loy Ernst. On February 24, 2019, Medport and Mr. Ernst filed a motion to quash the subpoenas served by Defendants, Randall Chambers, God's Way Trucking, L.L.C., and Canal Insurance Company ("Defendants"). *See* Rec. Doc. 50, Motion to Quash and/or for Protective Order. Medport and Mr. Ernst asserted in their motion that these subpoenas suffered from the same defects as the subpoena served on Sean Alfortish because they were, in part, addressed to "Loy Ernst, individually and in capacity as corporate representative." On February 27, 2019, this Court quashed the subpoena to Mr. Alfortish and Medport. *See* Rec. Docs. 38 and 66. Following the February 27, 2019 hearing, Defendants informed us that they have retracted and withdrawn the subpoenas issued to Mr. Ernst. For clarity, a copy of the two subpoenas that have been retracted and withdrawn by Defendants are attached. Consequently, Medport and Mr. Ernst asks this Court to remove their Motion to Quash and/or for Protective Order (Rec. Doc. 50) from this Court's docket on March 13, 2019, as this motion is now moot.

      Thank you for your attention to this matter.

Law Offices of<br>
**Sher Garner Cahill Richter**<br>
**Klein & Hilbert, L.L.C.**

March 1, 2019  
<u>Page - 2 -</u>

        Cordially,

        /s/ *Ryan O. Luminais*

        James M. Garner  
        Ryan O. Luminais