## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIERRA THOMAS,** | * | **CASE  NO:  18-cv-4373** |
| **ANTOINE CLARK,** | * | |
| **AND SHIRLEY HARRIS** | * | |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **RANDALL CHAMBERS,** | * | |
| **GOD'S WAY TRUCKING, LLC** | * | **MAG. JUDGE KAREN WELLS ROBY** |
| **CANAL INSURANCE COMPANY** | * | |
| | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

### DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel come Defendants, Randall Chambers, God's Way Trucking, LLC, and Canal Insurance Company, who submit the following list of witnesses they may call and exhibits which may be offered at a trial of this matter, in accordance with this Honorable Court's Order:

### WITNESS LIST

1. Kierra Thomas – Plaintiff

2. Antoine Clark – Plaintiff

3. Shirley Harris – Plaintiff

4. Randall Chambers - Defendant
   Statesboro, Georgia

5. Laura Chambers as Corporate Representative of God's Way Trucking, LLC - Defendant

6. Investigating Officer, Jassa Sengha, NOPD;

7. Shirley Morgan
   7836 South Coronet, Apt. A
   New Orleans, LA 70126
   504-296-6467
   Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with

1

Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

8. Nyla Arnold
   9808 Morrison
   New Orleans, LA 70127
   Phone number unknown
   Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

9. Carl Morgan
   7836 South Coronet, Apt. A
   New Orleans, LA 70126
   504-905-2884
   Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

10. Daniel Harris
    7838 S. Cornet, Apt. A
    New Orleans, LA 70127
    504-296-6467
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

11. Ryan Harris
    12345 I-10 Service Road, Apt. 22
    New Orleans, LA 70128
    504-320-7988; 504-676-2297
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

12. Darnell Harris
    8701 Willow Street
    New Orleans, LA 70118
    504-346-2332
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with

Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

13. Selita Harris
    8701 Willow Street
    New Orleans, LA 70118
    504-315-8147
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

14. Tara Blunt
    1321 Lock Lomand Drive
    Harvey, LA 70058
    504-715-1444
    Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

15. Jasmine Howard
    8530 Gervais Street
    New Orleans, LA 70127
    504-510-6640
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

16. Tracy Harris
    1701 Eric Street
    New Orleans, LA
    504-535-1882
    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

17. Sam Doyle
    13156 Wales Street
    New Orleans, LA 70128
    504-505-4663
    Plaintiffs' injuries; Mr. Doyle and Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people

3

involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

18. Charlotte Jones
    3012 Packenham Dr.
    Chalmette, LA
    504 -722-6738
    Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

19. Marlene Kennedy
    4000 Rose Street, Apt. 3206
    Chalmette, LA 70043
    Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

20. Raymond Riley
    3400 St. Anthony St., Apt. 221
    New Orleans, LA 70122
    512- 804-8233
    Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

21. Cornelius Garrison
    1533 Foy St.
    New Orleans, LA 70122
    504-564-2011
    Plaintiffs' activities and movement prior to and after the accident ; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

22. Michael Ruffin
    4921 Bonita Drive
    New Orleans, LA 70126
    504-249-1335; 504-657-2557
    Plaintiffs' activities and movement prior to and after the accident; Social media

postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

23.  Taminika Shaul
4650 Lynhuber Drive
New Orleans, LA 70126
504- 610-2114; 504-292-3634
Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

24. Paul Clark
14771 Beekman Road,
New Orleans, LA 70128
504-287-6644
Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

25. Jerome Clark
Address Unknown
504-405-9500; 985-210-5679
Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

26. Williard Perry
12345 I-10 Service Road
New Orleans, LA 70128
504-405-9500
Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

27. Lesdreaka Dickson
    4937 Oled Drive,
    New Orleans, LA 70129
    504-205-1879
    Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

28. Harry Dorsey
    7007 Salem Drive,
    New Orleans, LA 70127
    504-284-9874
    Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

29. Sean Alfortish
    525 Clay St.
    Kenner, LA
    504-275-9181
    Communications with and/or contact with Plaintiffs or witnesses, before or after the alleged accident; Plaintiffs' medical treatment; and information regarding common facts and direct connections to similar accidents in New Orleans.

30. Torrence D.J. Welch, Ph.D.
    RIMKUS Consulting Group
    3500 N. Causeway Blvd., Suite 350
    Metairie, LA 70002
    Certified accident reconstructionist and Ph.D. in biomedical engineering.
    *See* Dr. Welch's expert report concerning all Plaintiffs and curriculum vitae.

31. Dr. Everett Gerard Robert
    Southern Brain and Spine LLC
    3798 Veterans Blvd, Suite 200
    Metairie, LA 70002
    Board certified neurosurgeon.
    *See* Dr. Robert's expert reports concerning Shirley Harris and Kierra Thomas and his curriculum vitae.

32. Stanford McNabb
    McNabb Rehabilitation Services
    303 Chance Street
    Lafayette, LA 70506
    Life care planner.
    *See* Mr. McNabb's expert report and curriculum vitae.

33. Marilyn Pacheco, CPC
    Elevate Services, Inc.
    201 S. Santa Fe Ave., Suite 100
    Los Angeles, CA 90012
    Certified Professional Coder who is qualified to render opinions as a billing and coding expert.
    *See* Ms. Pacheco's expert reports and curriculum vitae.

34. Joe Schembre
    JS Investigations
    560 Oak Harbor Blvd., Ste. 201
    Slidell, LA 70458
    985-847-9954
    Investigation regarding common facts and direct connections to other questionable accidents in New Orleans, LA; Communication with any witnesses.

35. Rick Champagne
    Photofax
    44W100 US Highway 20,
    800-659-9351
    Hampshire, Illinois, 60140.
    Surveillance of Antoine Clark conducted between August 20 – 22, 2018

36. Any healthcare provider, medical doctor, nurse, chiropractor, physical therapist, psychologist, psychiatrist, and/or medical provider who examined and/or provided treatment to Plaintiffs for any reason before or after the accident at issue;

37. Corporate representative of Total Medical Concepts

38. Corporate Representative of Medport LA;

39. A representative of any and all insurance companies, including, but not limited to State Farm, regarding any and all claims made as a result of the accident, property damages, and medical treatment and/or medical condition of the Plaintiffs;

40. A representative of any and all insurance companies against whom Plaintiffs have filed any prior and/or subsequent claims;

41. Any and all individuals who performed property damage estimates;

42. A custodian of records from NOPD;

43. 911 Communication Operator;

44. Any witness necessary to authenticate any documents and/or exhibits and/or photographs;

45. Any witness necessary for impeachment and/or rebuttal;

46. Any witness listed or sought to be called by any other party; and

47. Any witness identified through continuing discovery and/or the relevance of whose testimony becomes known at any time prior to trial.

Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

## **EXHIBIT LIST**

1. Certified copies of any and all of Plaintiff's medical records regarding any treatment occurring before or after the alleged incident in question;

2. Certified copies of Plaintiffs' pharmacy records;

3. AC - State Farm 1-371;

4. AC - Progressive 1-52;

5. AC  - Doctor's Rehabilitation Services  1-104;

6. AC - Diagnostic Imaging Services 1-14 &  CD of images;

7. AC - Disc of LA 1-11;

8. AC - One Spine Institute 1-17;

9. AC - Lonseth Int. Pain Ctr. 1-82;

10. AC  - St. Bernard Primary Care 1-33;

11. AC - The Healthcare Center 1-216;

12. AC - Ochsner Medical Center - Main 1-44;

13. AC - Walgreens 1-11;

14. AC - Total Medical Concepts 1-4;

15. AC - Medport LA 1-60;

16. KT – GEICO 1-40 (includes recordings);

17. KT - State Farm 1-402 (includes recordings);

18. KT - Allstate 1-196 (includes recordings);

19. KT - Doctors' Rehab Services 1-103;

20. KT - Diagnostic Imaging Services 1-27 &  CD of images;

21. KT - Lonseth Int. Pain Ctr. 1-185;

22. KT - One Spine Institute 1-12;

23. KT - Baylor Medical Center at Carrollton 1-188;

24. KT - Crescent City Physicians - Dr. Brandon Perez 1-128;

25. KT - New Orleans East Hospital 1-72;

26. KT - Ochsner Kenner Medical Center - Radiology 1-4 & CD of images;

27. KT - Ochsner Kenner Medical Center 1-207;

28. KT - CVS Pharmacy 1 – 23;

29. KT - Wal-Mart Pharmacy 1-22;

30. KT - Medport LA 1-56;

31. KT - Total Medical Concepts  1 – 8;

32. KT - Integrated Health Management 1-2;

33. SH – State Farm 1-595;

34. SH – Allstate 1-55;

35. SH - GoAuto 1-90 (including recorded statements);

36. SH - Doctors Rehab Services 1-88;

37. SH - Diagnostic Imaging Services 1-20 &  CD of images;

38. SH - LA Pain 1-94;

39. SH - One Spine Institute 1-35;

40. SH - Crescent View Surgery 1-53;

41. SH - Crescent City Physicians 1-213;

42. SH - New Orleans East Hospital 1-24;

43. SH - Touro Infirmary 1-435;

44. SH - Touro Infirmary-Radiology 1-2 & CD of images;

45. SH - Tulane University Medical Center - Radiology 1-12;

46. SH - Total Medical Concepts 1-11 & CD of images;

47. SH - Medport LA 1-62;

48. SH - CVS  1-13;

49. SH - Walgreens 1- 36;

50. SH - Wal-mart Pharmacy 1- 13

51. SH- B & B Drugs - Epic 1 -2

52. Kierra Thomas' Cell Phone Records – "KT - T-Mobile (504) 373-3032 1-129";

53. Antoine Clark's Cell Phone Records – "AC - Sprint (504) 272-8907 1-61";

54. Shirley Harris' Cell Phone Records – "SH - Sprint (504) 939-8450 1-90";

55. Ryan Harris' Cell Phone Records, "T-Mobile (504) 320-7988 1-148";

56. KT - Sprint  4-7 (504) 564-2011 & (504) 676-2297;

57. KT - Sprint  8-13 (504) 287-6644;

58. Samuel Doyle's Cell Phone Records, "T-Mobile (504) 505-4663 1-X" (subpoena response pending);

59. Samuel Doyle's Cell Phone Records, "T-Mobile (504) 493-1672 1-X" (subpoena response pending);

60. Certified copies of any and all insurance policies which provide coverage for the damages asserted by Plaintiff, including, but not limited to State Farm;

61. Any and all statements from Plaintiffs regarding the alleged accident;

62. Canal Insurance Company policy, policy number PIA08263102, issued to God's Way Trucking, LLC (bates labeled "Canal Insurance Company's Policy 1-76");

63. Photos of Interstate 10 and 610;

64. Photos of PL Car 1-22;

65. Photos of Tractor 1-5;

66. Police Report 1-7;

67. Estimate for Prop Damages to PL Car 1-6;

68. CARFAX Vehicle History Report 1-3;

69. 911 audio recording;

70. 911 Incident Detail Report 1-4

71. Investigating Officer Body Camera Footage;

72. Registration 1

73. Chambers Driver License 1;

74. Chambers Cert of Drug & Alcohol 1;

75. Chambers Medical Certificate 1;

76. Chambers Med Certificate 1;

77. Chambers Medical Exam Report 1-4;

78. Chambers MVR 1;

79. Chambers MVR 1-2

80. GWT Policies 1-2;

81. Chambers Diploma 1;

82. Chambers Drug Test 1;

83. Cert of Drug & Alcohol 1-5.

84. Driver Logs 1-4

85. Annual Vehicle Inspection Report 1-7;

86. Bill of Lading 1-2

87. Plaintiffs' Cell Phone Records;

88. Cell phone records from people identified in below chart  and/or witnesses identified in the above witness list;

89. Petitions for the following accidents, # 1-86, bates labeled "Other Accidents 1-568":

90. Police reports for the following accidents, # 1-86, bates labeled "Other Accidents – Police Reports  1-567":

91. Redacted police reports for the following accidents, # 1-86, bates labeled "Other Accidents – Police Reports (Redacted) 1-567":

| # | Claimants | Commercial Company | Date of Accident | Location of Accident |
|---|---|---|---|---|
| 1 | Cornelius Garrison, III | Hotard Bus Lines | October 15, 2015 | Interstate 10 |
| 2 | Darnell Harris, Selita Harris, Leon Parker | Family Dollar Trucking | January 17, 2016 | Interstate 10 |
| 3 | Tijai Andrews, Tommy Hilliard, Jr., and Gilbert Baham | Dupuy Trucking | March 16, 2016 | Interstate 10 |
| 4 | Jerrica White, Kevin Potter, Tina Lacour, and Pinzeca Lacour | Oakley Trucking | March 22, 2016 | Interstate 10 |
| 5 | Darrin Covington, Louis Stevenson, Larry King, Jamal Hallel, Keishone Sterling, Enri Franklin, Sherman Brower, Walter Massey, Laquisha Sylvester, and Bobbie Henry | Cardinal Logistics | April 30, 2016 | Interstate 10 |
| 6 | Lawrence Robertson | | August 8, 2016 | Interstate 10 |
| 7 | Tremica Lucky, Cedric Carpenter and Jasmine Smith | UPS | November 14, 2016 | Interstate 510 |
| 8 | Mark Gilmore, Johnnie Trask, Curtis Sims, and Reginald Marsh | EZ Hotshot | November 16, 2016 | Alvar Street |
| 9 | Natasha Watts and Armond Butler | Dupre Logistics | November 28, 2016 | Interstate 10 |
| 10 | Rene Bertrand, Akshaykumar Solanki, and Rushaun Johnson | Rooms-To-Go | December 15, 2016 | Interstate 610 |
| 11 | Kent Parker, Lakeisha Parker, Teshana Jones and Beverly Heno | Wal-Mart | January 4, 2017 | Interstate 10 |
| 12 | Brittany Williams, Sonyaletha Dent, Jasmine Cheney | US Autologistics | January 9, 2017 | Interstate 10 |
| 13 | Derian Johnson, Sahvon Brown, David | Tyson Foods | January 23, 2017 | Downman and Chef |

| | | | | |
|---|---|---|---|---|
| | Turner, | | | |
| 14 | Trinese Jackson and Corey Bailey | TCI Trucking | January 26, 2017 | Alvar Street |
| 15 | Arthur Bourgeois, Delanie Grace, and David Grace | Kenan Transport | February 12, 2017 | US 90 |
| 16 | Sonya Dent Jones and April Jenkins | United Van Lines | February 26, 2017 | Interstate 610 |
| 17 | Cynthia Zilton, Jeraun Zilton, Paul Price and Ireoin Lewis | Gulf Transport | March 13, 2017 | Interstate 10 |
| 18 | Ryan Harris, De'Angelo Adams, Tara Blunt, Fran Bell, Willard Perry, Shantrica Carraby, and Jerome Clark | RLC Trucking | March 29, 2017 | Interstate 610 |
| 19 | Evelina Harris and Winthrop Carrie | Celadon Trucking | April 10, 2017 | Interstate 10 |
| 20 | Carl Morgan, Shirley Morgan, Daniel Harris, and Nyla Arnold | Surim Trucking Express | April 12, 2017 | Interstate 10 |
| 21 | Marlo Ard, Terrelle Carter, Raychelle Patterson and Dwayne Winins | Progressive Auto Transport | April 18, 2017 | Interstate 610 |
| 22 | Kierra Thomas, Antoine Clark, and Shirley Harris | God's Way Trucking | April 24, 2017 | Interstate 10 |
| 23 | Linda Harrison, Rose Mitchell, and Glenda Hulbert | Dupre Logistics | April 26, 2017 | Interstate 10 |
| 24 | Davida Reynolds, Tinielle Robinson, and Alexander Senmore | | April 28, 2017 | Interstate 10 |
| 25 | Ralphus Adams, Randy Harris, Morris Thompson, and Samara Jefferson | Neier, Inc. | May 9, 2017 | Interstate 10 |
| 26 | Shantay Watkins, George Berniard, Mervin Dolliole, Clinton Sordelet, Calvin Henderson, Lawrence Addison, Melvin Mitchell, Tariana Blunt, Laportia Moore, and David Perry | On-Site Fuel Service | May 16, 2017 | Interstate 10 |
| 27 | Otis Johnson and Anthony Washington | Transport Consultants | May 17, 2017 | US 90 |
| 28 | Demetra Henderson-Burkhalter, Gregory Offray, and Jacqueline Thompson | Wal-Mart | May 23, 2017 | Interstate 10 |
| 29 | Kendell Tyler, James Jackson | Empire Express | June 6, 2017 | Interstate 10 |
| 30 | Ciarra Williams, Willie Magee, Russell Harris, Dwayne Pierce, Johnny Marshall, Jenea Maxson, Lamyra Henry, Kimberly Anderson, Irvin Hadley, Shontae Cain, Joseph Henry, Aari Coston, and Ellery Evans | Cowan Systems | June 8, 2017 | Interstate 10 |
| 31 | Ruby Poole. Warren Poole and Robert Savage | US Xpress Enterprises | June 13, 2017 | Interstate 10 |
| 32 | Carl Jones, Freda Lois Jones, Jaelyn Jones | Dedicated Transportation | June 14, 2017 | Interstate 10 |
| 33 | Lehmoneisha Johnson, Gregory Williams, Charles Williams | UPS | June 21, 2017 | Interstate 510, Interstate 10 |
| 34 | Denzel Lee and Briane Grant | Tacan Transportation | June 25, 2017 | Interstate 10 |
| 35 | Reynard Nobles, Jasmine Howard, and Yolanda Jones | Nu-Way Specialized Services | June 27, 2017 | Interstate 10 |
| 36 | Charles Jones, Stephanie Johnson, Willie Butler, Ernest Johnson | UPS | July 6, 2017 | Interstate 10 |
| 37 | Georon Darensburg, Hugh Martin, Cortne Martin | UPS | July 16, 2017 | Interstate 10 |

| | | | | |
|---|---|---|---|---|
| 38 | Ashiki Fulford and Tanisha Jones | UPS | July 17, 2017 | Interstate 10 |
| 39 | Renay Gardner, Victor Gardner, and Paul Clark | Werner | July 19, 2017 | Interstate 10 |
| 40 | Aaronne Simmons, Teresa Jefferson, Juan Matthews, Deoushia Jefferson, James Hinton | H.M. Davis Transport | July 23, 2017 | Interstate 10 |
| 41 | Dacha DeGruy, Devin DeGruy and Kimani Ramee | Penske | July 23, 2017 | Interstate 10 |
| 42 | Latoya Statum, Jason Peters, Sr., Jason Peters, Jr., and Rashaad Harris | Quality Carrier | July 26, 2017 | Interstate 10 |
| 43 | Harry Dorsey, Lesdreaka Dickson, Raymond Riley, Zounda Lee, Tasha Green, Eric Lewis, Michael Ruffin | Werner | August 9, 2017 | Interstate 610 |
| 44 | Velma Whittey, Troy Locke, Tycoria Brown | Southern Intermodal | August 10, 2017 | Calliope St. at US 90 |
| 45 | Hilda Fobb, Trinette Smith, Juanisha Winchester, Ravaugh Harris, Precious Diaz, and Quintosha Wishem | Stericycle | August 15, 2017 | Interstate 10 |
| 46 | Margie Hendricks, Myrtis Hendricks Williams, Ortegas Coleman, Gueren Pedesclaux, Dwyane Johnson | Stericycle, Inc. | August 15, 2017 | Interstate 10 by 610 |
| 47 | Rosalie Williams, Jawayne Harrison, and Kim Chew | Dupre Logistics | August 26, 2017 | Interstate 10 |
| 48 | Antoine Hendricks, Corey Morton, Jr., Kardell Smth, Kathy Smith | Heniff Transportation | August 28, 2017 | Interstate 10 |
| 49 | Lynisha Reff, Lyndon Red, Sr., Tracy Harris, Lyschnine Williams | Werner | September 4, 2017 | Interstate 10 |
| 50 | Kyvonne Davis, Gregory Davis, Reco Williams | KAG Leasing | September 4, 2017 | Interstate 10 by 510 |
| 51 | Wilbert Reese and Marko Odds | Miller Transportation | September 5, 2017 | Interstate 610 |
| 52 | Melvin Colbert, Lakea Colbert, Cordero Washington, and Yaschia Washington | URS Midwest | September 7, 2017 | Interstate 10 |
| 53 | Lanell Smith and Demontre Smith | Seymour Transport | September 10, 2017 | Interstate 10 |
| 54 | Timothy Alexander, Brandon Berry, Sanaka Alexander, Ashley Brown and Sahriyah Alexander | SAIA | September 13, 2017 | Interstate 10 |
| 55 | Cory Lain, Solomon Carter, and Zaneta Carter | Heniff Transportation | September 13, 2017 | Interstate 610 and I-10 |
| 56 | LaToya Barra, Willie Collins, Nia Gates, Tiawanka Sims | SEFL | September 20, 2017 | Interstate 10 |
| 57 | Lauren Dents, Daniel Clark | Tyson Foods | September 20, 2017 | Interstate 10 |
| 58 | Latoya Campbell, Patricia Campbell, Chervanti Hilton | Enterprise Logistics Services | September 25, 2017 | Interstate 10 |
| 59 | Terry Baham, Stephen Turner, Yalonda Stubbs | Lovorn & Lovorn Trucking | September 27, 2017 | Interstate 10 |
| 60 | Roshawn Nobles, Terrell Green, and Aaronika Johnson | Delta Trucking | October 1, 2017 | Interstate 510 |

| 61 | Reginald Jones, Jamel Toledano | McKoin Trucking | October 1, 2017 | US 90 |
|---|---|---|---|---|
| 62 | Kwantra Varnado, Herold Payne, Taj Varnado | DD Logistics | October 1, 2017 | Interstate 610 |
| 63 | Donald Charles, Richard Foster, Erica Darby and Mark Birden | Wiley Sanders Truck Lines | October 1, 2017 | Interstate 10 |
| 64 | Jerome Hart and Kierra Johnson, individually and o/b/o the minor, Elrieah Pero, Gervanda Gordon | FAF, Inc. | October 17, 2017 | Interstate 10 |
| 65 | Lance Goods, Herman Robinson, Sammie Lott | Northfield Transportation | October 23, 2017 | Interstate 10 |
| 66 | John Gibson and Shawn Martin | Martin Transportation | October 26, 2017 | Interstate 510 |
| 67 | Dimitri Frazier, Adonte Turner, Tiffany Turner | Whitestone Transportation | November 13, 2017 | Interstate 10 |
| 68 | Louis Roby and Derrick Roby | Slay Transportation | November 15, 2017 | Interstate 10 |
| 69 | Rashad Turner | Landwerlin Trucking | November 20, 2017 | Interstate 10 |
| 70 | Brianne Lott, Daraneika Williams, Roshika Hall, and Brianesha Lott | Airgas | November 26, 2017 | Interstate 10 |
| 71 | Reginald Robert, Derrick Benn, Marlene Alvis, Theresa Henry | Knight Transportation | November 28, 2017 | US 90 |
| 72 | Richard Turner, Taminika Shaul, and Derrick Thomas | Texas Freight Services | November 29, 2017 | Interstate 10 |
| 73 | Byron Charles, Meikee Bush, Ashley Marie Gray, Shalita Cambrice | CTS Transportation | December 3, 2017 | Interstate 10 |
| 74 | Kimmy Jacob, Romalis Jacob, and Lyndell Mims | Werner | December 28, 2017 | Interstate 10 |
| 75 | Terrion Hopkins, Romalis Williams, Sr., and Romalis Williams, Jr. | Anderson Trucking | April 11, 2018 | Interstate 610 |
| 76 | Danielle Anderson, Quinyatta Woods, and Tyatta Woods | Airgas | April 19, 2018 | Interstate 10 |
| 77 | Trinika Ross, Melvin Hendricks, Myrtis Williams, Victorian Williams | | August 1, 2018 | Interstate 10 |
| 78 | Lashandra Wells, Sidney Frazier, and Ervin Johnson | SAIA | May 6, 2014 | Interstate 10 |
| 79 | Cory Snelling, Joseph Sandoval, and Christopher Fauria | SAIA | August 30, 2016 | Interstate 10 |
| 80 | Tracy Thompson, Grant Wilson, and Steven Thompson | Ozark | September 14, 2017 | Interstate 10 |
| 81 | Yolanda Davis, Willie Davis, Conrad Lawrence, Lisa Davis, Deshone Davis, Johnell Davis, Ernest Davis, Sr., Brooklyn Davis, Mariah Williams, Lamont Williams, Da-shawn Davis, and Ernest Davis, Jr. | SAIA | September 20, 2017 | Interstate 610 |
| 82 | Myeisha Smith, Ronique Labranch, and Monique Smith | SAIA | September 29, 2016 | Interstate 10 |
| 83 | Steven Wickliff, Alvin Blanto, and Warren Thomas | SAIA | October 17, 2017 | Interstate 10 |
| 84 | Sherman Williams, Jr., Aric Coulon, Adrian Williams, Anthony Augustin | Cardinal Logistics | January 30, 2018 | Interstate 10 |
| 85 | Conseulla Lee, Irvin Lee, Chloe Lee, | Premier Transport | March 20, 2018 | Interstate 610 / I-10 |

| | Zounda Lee | | | |
|----|------------------------------------------------------------------|--------------------|---------------|------|
| 86 | Alcina Ditimus, Janet Reed, Gregory Washington and Michael Reed | Southeastern Freight | July 17, 2017 | I-10 |

92. Ryan Harris Info 1

93. Garrison Info 1

94. Any contracts, agreements, records, payments, invoices etc. with or from Total Medical Concepts.

95. Any contracts, agreements, records, payments, invoices etc. with or from Medport LA.

96. Torrence D.J. Welch, Ph.D. Expert Report - "KT - Rimkus Consulting Group Report (02.15.19) 1-75"

97. Torrence D.J. Welch, Ph.D. Affidavit

98. Torrence D.J. Welch, Ph.D. Curriculum Vitae

99. Torrence D.J. Welch, Ph.D. Testimony History

100.    Torrence D.J. Welch, Ph.D. Fee Schedule

101.    Dr. Everett Gerard Robert's Expert Report on Shirley Harris - "SH – Dr. Everett Robert – IME Report (5.10.18) 1-3

102.    Dr. Everett Gerard Robert's Expert Report on Kierra Thomas - "KT – Dr. Everett Robert – IMR Report (02.01.19) 1-3"

103.    Dr. Everett Gerard Robert's Expert Report on Kierra Thomas - "KT – Dr. Everett Robert – IMR Addendum Report (02.01.19) 1-3"

104.    Dr. Everett Gerard Robert Curriculum Vitae

105.    Dr. Everett Gerard Robert Testimony History

106.    Dr. Everett Gerard Robert Fee Schedule

107.    Stanford McNabb Expert Report - "AC – McNabb Rehab. Srvs.'s Report (02.13.19) 1-21";

108.    Stanford McNabb Expert Report - "KT – McNabb Rehab. Srvs.'s Report (02.13.19) 1-17";

109.    Stanford McNabb Expert Report - "SH – McNabb Rehab. Srvs.'s Report

(02.13.19) 1-34";

110.　　Stan McNabb Curriculum Vitae;

111.　　Stan McNabb Testimony History;

112.　　Stan McNabb Fee Schedule ;

113.　　Marilyn Pacheco, CPC Expert Report - "KT - Elevate's Med Bill Audit
　　　　Report.Analysis & Record Review (02.14.19) 1-67";

114.　　Marilyn Pacheco, CPC Expert Report - "SH - Elevate's Med Bill Audit
　　　　Report.Analysis & Record Review (02.14.19) 1-69";

115.　　Marilyn Pacheco, CPC Expert Report - "AC - Elevate's Med Bill Audit
　　　　Report.Analysis & Record Review (02.14.19) 1-107";

116.　　Marilyn Pacheco, CPC Affidavit;

117.　　Marilyn Pacheco, CPC Curriculum Vitae;

118.　　Marilyn Pacheco, CPC Testimony History;

119.　　Marilyn Pacheco, CPC Fee Schedule;

120.　　GPS Hospitality Partners, IV 1 – 40;

121.　　Subpoena response from All Aboard America Holdings, Inc. – which includes
　　　　video of a motor vehicle accident on October 15, 2015 involving Cornelius
　　　　Garrison - KT.AC.SH – All.Aboard.Hotard 1-2 & Video 3;

122.　　Marlene Kennedy  audio recorded statement to an investigator retained by Canal
　　　　Ins. Company on April 20, 2018 (impeachment/ refresh recollection only);

123.　　Marlene Kennedy  video recorded statement to an investigator retained by Canal
　　　　Ins. Company on April 20, 2018 (impeachment/ refresh recollection only);

124.　　Marlene Kennedy and Charlotte Jones audio recorded statement to J.S.
　　　　Investigations on December 7, 2018 (impeachment/ refresh recollection only);

125.　　Marlene Kennedy and Charlotte Jones text message exchange with Tracy
　　　　Thompson(impeachment/refresh recollection only);

126.　　Deposition transcript and exhibits from Antoine Clark, 10.18.18;

127.　　Deposition transcript and exhibits from Shirley Harris, 10.18.18;

128.    Deposition transcript and exhibits from Kierra Thomas, 10.18.18;

129.    Deposition transcript and exhibits from Sam Doyle, 02.18.19;

130.    Deposition transcript and exhibits from James Pittman, 03.08.19;

131.    Deposition transcript and exhibits from Dr. Peter Liechty 3.08.19;

132.    Deposition transcript and exhibits from Dr. Eric Lonseth, 2.25.19;

133.    Deposition transcript and exhibits from Dr. Suneil Jolly, 3.13.19;

134.    Deposition transcript and exhibits from Lacy Sapp, 2.26.19;

135.    Deposition transcript and exhibits from Dr. Robert, 3.6.19;

136.    Deposition transcript and exhibits from Dr. Robert, 3.15.19;

137.    Deposition transcript and exhibits from Stan McNabb, 3.14.19;

138.    Deposition transcript and exhibits from Randall Chambers, 03.18.19;

139.    Deposition transcript and exhibits from God's Way Trucking, 03.18.19;

140.    Any and all discovery responses of any party, with attachments;

141.    Kierra Thomas' Responses to Defendants' RFA (5.29.18);

142.    Antoine Clark's Responses to Defendants' RFA (5.29.18);

143.    Shirley Harris' Responses to Defendants' RFA (5.29.18);

144.    Kierra Thomas' Responses to Defendants' ROGs & RFP (6.7.18) with production set and attachments;

145.    Antoine Clark's Responses to Defendants' ROGs & RFP (6.7.18) with production set and attachments;

146.    Shirley Harris' Responses to Defendants' ROGs & RFP (6.7.18) with production set and attachments;

147.    Chambers' Responses to Plaintiffs' Discovery (8.17.18);

148.    God's Way Trucking's Responses to Plaintiffs' Discovery (8.17.18);

149.    Shirley Harris' Supplemental Responses to Defendants' ROGs (9.24.18);

150.    God's Way Trucking's Responses to Plaintiffs' 2nd RFA (10.11.18);

151.    God's Way Trucking's Responses to Plaintiffs' 2nd ROGs & RFP (10.15.18);

152.    Plaintiffs' responses to God Way's 3rd RFP (12.04.18);

153.    Plaintiffs' responses to Canal Insurance's 2nd ROGs (12.26.18);

154.    God's Way Trucking's responses to Plaintiffs' 3rd Discovery (01.02.19);

155.    Canal's Resp to PLs DV (1.11.19)

156.    Shirley Harris' responses to Canal Insurance's 1st ROGs (01.24.19);

157.    God's Way Trucking's supplemental responses to Plaintiffs' ROGs #2 & 8;

158.    God's Way Trucking's supplemental responses to Plaintiffs' ROGs #10 & RFP#12;

159.    God's Way Trucking's second supplemental responses to Plaintiffs' Discovery;

160.    Shirley Harris' responses to Defendants' 3rd ROGs, 2nd RFA and 4th RFP (3.1.19);

161.    Shirley Harris' responses to Defendants' 2nd RFA deemed admitted;

162.    Antoine Clark's responses to Defendants' 3rd ROGs, 2nd RFA and 4th RFP (3.1.19);

163.    Antoine Clark's responses to Defendants' 3rd RFP (3.4.19);

164.    Kierra Thomas's supplemental responses to Defendants' 1st RFA (3.5.19);

165.    Antoine Clark's supplemental responses to Defendants' 1st RFA (3.5.19);

166.    Shirley Harris' supplemental responses to Defendants' 1st RFA (3.5.19);

167.    Chambers' supplemental responses to Plaintiffs' Discovery #30;

168.    Shirley Harris' supplemental responses to Defendants' 1st ROGs & RFP (03.17.19) and attachments;

169.    Antoine Clark's supplemental responses to Defendants' 1st ROGs & RFP (03.17.19) and attachments;

170.    Kierra Thomas' supplemental responses to Defendants' 1st ROGs & RFP (03.17.19) and attachments;

171.    Antoine Clark's responses to Defendants' 4th RFA (03.17.19);

172.    Kierra Thomas' responses to Defendants' 4th RFA (03.17.19);

173.    Shirley Harris' responses to Defendants' 4th RFA (03.17.19);

174.    Any and all criminal records of Plaintiffs;

175.    Shirley Harris' social media pages, postings, photos and friends list;

176.    Antoine Clark's social media pages, postings, photos and friends list;

177.    Kierra Thomas' social media pages, postings, photos and friends list;

178.    Plaintiffs' associates' and/or friends' social media pages, postings and friends list;

179.    Gloria Harris-Hall's social media pages, postings and friends list;

180.    Jovanda Gardner's social media pages, postings and friends list;

181.    Ryan Harris' social media pages, postings and friends list;

182.    Jasmine Howard's social media pages, postings and friends list;

183.    Shirley Morgan's social media pages, postings and friends list;

184.    Tweet Peters' social media pages, postings and friends list;

185.    Samuel Doyle's social media pages, postings and friends list;

186.    Darnell Harris' social media pages, postings and friends list;

187.    Selita Harris' social media pages, postings and friends list;

188.    Evelina Harris' social media pages, postings and friends list;

189.    Surveillance of Antoine Clark between August 20-22, 2018;

190.    Surveillance of Kierra Thomas on August 10, 14, 23, 29 and September 11 & 25, 2018;

191.    Any and all documents, the identity of which is learned throughout the course of discovery;

192.    Any and all surveillance secured at any point between now and trial;

193.    Demonstrative Aids

194.    Any evidence needed for impeachment purposes;

195.    Any and all exhibits or documents necessary for rebuttal; and

196.    Any and all exhibits listed and/or introduced by any other party.

     Defendants reserve the right to supplement this list as discovery in this matter is ongoing.

Respectfully submitted,

*/s/ Dustin L. Poché*_____
**GUY D. PERRIER, #20323**
**DUSTIN L. POCHÉ, #33451**
**PERRIER & LACOSTE, LLC**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820;
Fax:  (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: dpoche@perrierlacoste.com
**ATTORNEYS FOR DEFENDANTS,**
Randall Chambers, God's Way Trucking, LLC, and Canal Insurance Company

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing pleading has been delivered to all counsel of record through the CM/ECF system this **18th** day of **March, 2018**, at their last known address of record.

     */s/ Dustin L. Poché*_____
     **DUSTIN L. POCHÉ**