## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIERRA THOMAS,** | * | **CASE  NO:  18-cv-4373** |
| **ANTOINE CLARK,** | * | |
| **AND SHIRLEY HARRIS** | * | |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **RANDALL CHAMBERS,** | * | |
| **GOD'S WAY TRUCKING, LLC** | * | **MAG. JUDGE KAREN WELLS ROBY** |
| **CANAL INSURANCE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PRE-TRIAL ORDER

#### DATE OF PRETRIAL CONFERENCE

1. The pretrial conference will be held on April 16, 2019 at 2:00 p.m.

#### COUNSEL AND PARTIES REPRESENTED

2. Vanessa Motta, Joseph Bruno, and Donald D. Reichert. Jr. represent Plaintiffs, Kierra Thomas, Shirley Harris and Antoine Clark.

   Guy D. Perrier and Dustin L. Poché of Perrier & Lacoste, LLC represent Defendants, Randall Chambers, God's Way Trucking and Canal Insurance Company.

#### DESCRIPTION OF PARTIES

3. Plaintiffs are Kierra Thomas, Shirley Harris and Antoine Clark.  Kierra Thomas is a person of the full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana.  Kierra Thomas was the owner and operator of the 2016 Nissan Altima which was involved in the motor vehicle collision that occurred on April 24, 2017.  Antoine Clark is a person of the full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana.  Antoine Clark was a front seat passenger in the vehicle driven by Kierra Thomas during the April 24, 2017 motor vehicle collision.

1

Shirley Harris is a person of the full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana.  Shirley Harris was a backseat driver side passenger in the vehicle driven by Kierra Thomas during the April 24, 2017 motor vehicle collision. Defendants are Randall Chambers, God's Way Trucking and Canal Insurance Company. Canal Insurance Company is a foreign insurance company incorporated in South Carolina with its principal place of business in South Carolina.  Randall Chambers is a person of full age of majority, who resides in and is domiciled in Georgia.  God's Way Trucking, LLC is a limited liability company registered in Georgia. Canal Insurance Company provided a policy of insurance to its insured, Gods Way Trucking, LLC. Randall Chambers was an employee of God's Way Trucking, LLC, and he was acting within the course and scope of his employment with God's Way Trucking, LLC at the time of the alleged incident.

### SUMMARY OF FACTUAL BASIS AND LEGAL AND JURISDICTIONAL BASIS

4.

- Plaintiffs' Summary of Factual Basis and Legal Basis:

On April 24, 2017, Kierra Thomas was driving a 2016 Nissan Altima traveling westbound in the right-hand lane of the three-lane I-10. Antoine Clark, Shirley Harris and Sam Doyle were passengers in the vehicle. Kierra Thomas, Antoine Clark, Shirley Harris, and Sam Doyle were heading to a birthday get together. Meanwhile, Defendant Randall Chambers, was driving a 2007 Peterbilt vehicle, with an attached trailer, westbound in the middle lane of the three-lane I-10.   Randall Chambers had been driving all day through multiple states.

Kierra Thomas, following all traffic regulations and proceeding straight in a cautious fashion, was then struck near milepost 242 of I-10 by the rear side part of the trailer attached to the vehicle driven by Randall Chambers as he negligently crossed over the white lines.  As a

result of the trailer colliding with Kierra Thomas' vehicle, Kierra Thomas, along with her passengers, Antoine Clark and Shirley Harris, were violently jolted inside the vehicle, and sustained severe physical and mental injuries.  Kierra Thomas suffered bodily injuries, including but not limited to, injuries to her neck, left flank, and back.  Antoine Clark suffered bodily injuries, including but not limited to, injuries to his neck and back.  Shirley Harris suffered bodily injuries, including but not limited to her neck and back.

At the time of the above described collision, the vehicle driven by Randall Chambers and the attached trailer were owned by Defendant God's Way Trucking, LLC, and Randall Chambers was within the course and scope of his employment with God's Way Trucking, LLC.  As such, God's Way Trucking is responsible for the negligence and/or liability attributed to Randall Chambers.  The collision and the resulting injuries to Plaintiffs were caused through the negligence of Randall Chambers, which negligence includes, but is not limited to, the following actions and/or inactions:  (1) disregarded traffic conditions; (2) gross negligence; (3) failure to maintain proper control of a vehicle; (4) failure to maintain a proper lookout and/or being distracted or inattentive; (5) failure to take all reasonable evasive action to avoid this collision; (6) failure to yield; (7) failure to properly change lanes; (8) operation of the vehicle in a reckless and/or negligent manner; (9) acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans; and (10) other acts of negligence or fault.  Defendant Canal Insurance Company, at all times relevant herein, had in full force and effect a policy of automobile liability insurance coverage in favor of God's Way Trucking, LLC and Randall Chambers.  A such, Canal Insurance Company is responsible for the negligence and/or liability attributed to Randall Chambers and/or God's Way Trucking, LLC.

- Defendants' Summary of Factual Basis and Legal Basis:

All Plaintiffs' alleged damages and/or injuries made the subject of this litigation were proximately caused solely and entirely by the fault and/or negligence and/or intentional acts of Plaintiffs, Kierra Thomas, Shirley Harris and Antoine Clark.  Defendants also maintain that they had no responsibility or liability for the damages complained of, and the alleged accident occurred under circumstances over which they were not required to exercise control. Defendants further submit that Plaintiffs were not injured as a result of the accident and/or the alleged injuries were pre-existing. In the event the finder of fact believes Plaintiffs were injured in the accident made the basis of this litigation, Plaintiffs failed to mitigate their damages.

Plaintiffs and Defendants Summary of Jurisdictional Basis:  This Court has Diversity Jurisdiction.   28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between – (1) citizens of different states…."  The instant matter was removed to the U.S.D.C. for the Eastern District of Louisiana on April 27, 2018. The jurisdictional facts that support removal must be judged at the time of the removal. *Gebbia v. Wal-Mart Stores, Inc.,* 233 F.3d 880, 883 (5th Cir. 2000).

## PENDING AND CONTEMPLATED MOTIONS

5.   The following Motions are pending:

- o   Plaintiffs' *Motion in Limine to Exclude the Video Surveillance of Antoine Clark and Kierra Thomas and Request for Sanctions*;

- o   Plaintiffs' *Motion In Limine to Exclude Testimony of Torrence Welch under Daubert Standards & Motion in Limine to Exclude Testimony of Torrence* Welch;

- o   Plaintiffs' *Motion in Limine to Strike or Limit the Testimony of Marilyn Pacheco re Plaintiff's Medical Bills*;

- o   Plaintiffs' *Omnibus Motion in Limine*:

  - o   Collateral Sources of Income or Funds.

  - o   Other Claims.

  - o   Impact on Insurance Rates, Premiums and/or Medical Bills and/or Charges.

  - o   Prior Disclosure of witnesses, exhibits and documents.

  - o   Employment of Counsel.

  - o   Taxation of Recoveries.

  - o   Results of Expert Studies.

  - o   Attorney referral to Healthcare Provider.

  - o   Inflammatory Arguments by Defense Counsel.

  - o   Depositions to Which Plaintiffs Were Neither Present, Represented, Nor Given Prior Notice.

  - o   Reference to Hearsay by Witnesses in Support of Factual Assertions.

  - o   Arrests and/or Criminal Records.

  - o   Attorney Advances of court costs, and expenses of litigation.

  - o   Phone Records of any of the Plaintiffs.

  - o   Testimony, Records and/or Police Reports of any other accidents.

  - o   Evidentiary proceedings should be held outside of the presence of the Jury per Federal Rule of Evidence Art. 103.

- o Plaintiffs' prior unrelated injuries and/or accidents are irrelevant, unduly prejudicial and should be excluded.

- o Plaintiffs' prior claims and/or litigations are irrelevant, unduly prejudicial and should be excluded

o Defendants' *Motion in Limine to Exclude Evidence of Past Convictions*;

o Defendants' *Daubert Motion and Motion in Limine to Exclude or Limit the Testimony of James Pittman*;

o Defendants' *Motion in Limine to Exclude Portions of Accident Report and Limit Testimony of Officer Jassa Senga*;

o Defendants' *Motion in Limine to Exclude Testimony of Any Witness regarding their Settlement in Other Related Matters*;

o Defendants' *Omnibus Motion in Limine* regarding the following evidence:

- o Any arguments about or any reference to the relative financial positions of Defendants and Plaintiffs should be excluded.

- o Any evidence, testimony or questions related to insurance coverage or corresponding policy limits should be excluded.

- o Any lay testimony related to Plaintiffs' medical condition, work capacity, or alleged disability should be excluded.

- o Any evidence of Plaintiffs' future damages should be excluded unless reduced to present value.

- o Any duplicative or cumulative lay witnesses or experts should be excluded.

o Attorney negotiated discounts and charges for narrative reports for purposes of litigation are not medical costs and are not subject to the collateral source rule and should be excluded from plaintiff's claimed damages.

o Any improper argument that the jury is the conscience of the community or similar "Golden Rule" arguments should be excluded.

o Any "unit of time" damage calculations should be excluded.

o Defendants' *Motion for Partial Summary Judgement*. Defendants admitted that Mr. Chambers was in the course and scope of his employment at the time of the accident made the subject of this litigation. As a matter of law, Plaintiffs cannot simultaneously maintain independent causes of action in tort against both Mr. Chambers and his employer, God's Way Trucking, LLC when the employer admits that the employee was in the course and scope of his employment when he committed the alleged negligence. Accordingly, Plaintiffs' claims of independent negligence against God's Way Trucking, LLC should be dismissed, with prejudice.

o Defendants' submission of Dorsey's and Dickson's statement for in camera inspection.

o Shirley Harris' Supplemental Answers to First Set of Request for Admissions, dated March 5, 2019.[1]

o Antonine Clark's Supplemental Answers to First Set of Request for Admissions, dated March 5, 2019.[2]

---

[1] Defendants are unaware any Motion submitted to the Court on this issue.
[2] Defendants are unaware any Motion submitted to the Court on this issue.

o Kierra Thomas' Supplemental Answers to First Set of Request for Admissions, dated March 5, 2019.[3]

**SUMMARY OF MATERIAL FACTS**

6. A brief summary of the material facts claimed by:

    *a.* <u>Plaintiffs' Summary of Material Facts</u>:

<u>*Background Facts*</u>:

Plaintiffs submit this lawsuit arises out of a motor vehicle accident which occurred on April 24, 2017.  Ms. Thomas was driving a 2016 Nissan Altima traveling westbound in the far-right lane of the three-lane I-10. Mr. Clark, Ms. Harris and Mr. Doyle were the passengers in the vehicle. They were heading to a birthday party get together. Meanwhile, Defendant Mr. Chambers, was driving a 2007 Peterbilt vehicle with an attached trailer, westbound in the middle lane of the three-lane I-10. He had been driving all day through multiple states.

<u>*The Crash*</u>:

Ms. Thomas, following all traffic regulations and proceeding straight in a cautious fashion, was, without warning, struck near milepost 242 of I-10 by the rear side part of the trailer attached to the vehicle driven by Mr. Chambers as he negligently crossed over the white lines. As a result of the trailer colliding with Ms. Thomas' vehicle, Ms. Thomas, along with her passengers, Mr. Clark and Ms. Harris, were violently jolted inside the vehicle, and sustained severe physical and mental injuries.  Ms. Thomas suffered bodily injuries, including but not limited to, injuries to her neck, left flank, and back.  Mr. Clark suffered bodily injuries, including but not limited to, injuries to his neck and back.  Ms. Harris suffered bodily injuries, including but not limited to her neck and back.

---

[3] Defendants are unaware any Motion submitted to the Court on this issue.

*Post-Crash Investigation & Information*:

The officer investigating this crash spoke with both drivers prior to issuing his report. Both parties gave their side of the story. Mr. Chambers stipulated to the officer that an unknown third vehicle cut him off which forced him to swerve into the other lane.

Mr. Chambers was adamant that he did not hit Ms. Thomas nor cause any damage on either vehicle, nevertheless, the officer observed damage on both vehicles.  Ms. Thomas' vehicle had a broken window being held by the tint, rubbed tire marks on the driver's side, and multiple dents from Mr. Chambers' vehicle. Mr. Chambers' trailer had fresh white paint on the right back tire where the accident occurred.

The officer stated to Mr. Chambers that he believed the accident did in fact happen, that Mr. Chambers possibly could not have felt the incident due to the area where the accident occurred on Mr. Chambers' trailer and the distinguishable amount of difference in weight between the vehicles.

God's Way Trucking, LLC is owned by Laura Chambers, Mr. Chambers' wife. She had scheduled Mr. Chambers to travel from Statesboro, GA to Laplace, LA, stay overnight at Laplace, LA, then on April 25, 2017, drop off a load in Donaldsonville, LA and then return to Statesboro, GA on that same day.

Despite the fact that this Court has denied the fraud claims multiple times, as well as the affirmative defense of fraud, Defendants have clearly still tried to revisit this issue in said Pre-Trial Order with at least thirty (30) proposed exhibits and in their Summary of Material Facts applying once again other accidents that have no relation to the case at hand.

*Damages*:

As a result of the motor vehicle accident at issue, Ms. Thomas suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:  (a) Past, present, and future mental pain and suffering; (b) Past, present, and future physical pain and suffering; (c) Past, present, and future medical expenses; (d) Loss of enjoyment of life; (e) Property damage; and (f) All damages allowed under Louisiana law which may be proven at the trial of this matter.

As a result of the motor vehicle accident at issue, Mr. Clark suffered severe physical and mental injuries as well as inconvenience, entitling him to recover damages, including, but not limited to: (a) Past, present, and future mental pain and suffering; (b) Past, present, and future physical pain and suffering; (c) Past, present, and future medical expenses; (d)  Loss of enjoyment of life; and (e) All damages allowed under Louisiana law which may be proven at the trial of this matter.

As a result of the motor vehicle accident at issue, Ms. Harris suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages, including, but not limited to: (a) Past, present, and future mental pain and suffering; (b) Past, present, and future physical pain and suffering; (c) Past, present, and future medical expenses; (d) Loss of enjoyment of life; and (e) All damages allowed under Louisiana law which may be proven at the trial of this matter.

b.  *Defendants' Summary of Material Facts:*

Defendants submit that this lawsuit arises out of an April 24, 2017 alleged accident in Orleans Parish between an 18 wheel tractor-trailer owned by God's Way Trucking, LLC and operated by Randall Chambers, and a 2016 Nissan Altima, owned and operated by Kierra

Thomas, with guest passengers Antoine Clark, Shirley Harris and Sam Doyle.   Mr. Chambers did not see or feel any impact, and he was traveling in the middle lane for a few minutes when a third, unknown blue car swerved in front of him several times.   God's Way Trucking, LLC's trailer sustained minimal, if any, paint transfer on the rear trailer tire.   Plaintiffs retained Vanessa Motta, Esq., an attorney located at the time at 525 Clay Street in Kenner, Louisiana, to represent them.

The alleged accident was caused by the fault and/or the negligence and/or intentional acts of Plaintiffs.   Plaintiffs' immediate family members were involved in similar accidents with commercial vehicles within a short period of time.   For example, Shirley Harris' cousins, Ryan Harris and Tara Blunt, were involved in an accident on I-10 near 610 on March 29, 2017; Shirley's sister, Evelina Harris, was involved in an accident on I-10 near Louisa on April 10, 2017; Shirley Harris' mother, Shirley Morgan, and Shirley Harris' daughter, Nyla Arnold, were involved in an accident on I-10 near Dowman on April 12, 2017.   In addition, Antoine Clark's brother, Paul Clark, was involved in an accident on July 19, 2017 on I-10 near Chef Menteur.

At the time of the impact, Plaintiffs' vehicle was traveling at a greater speed than the Defendants' vehicle at impact, indicating that Plaintiffs sped up and drove into Defendants' trailer, resulting in a very minor impact.   In the alternative, Plaintiffs failed to see the tractor/trailer and/or take evasive action to avoid an impact.

Plaintiffs were not injured in the alleged accident made the basis of this litigation.   If any injury did occur, Defendants submit that Plaintiffs injuries would be classified as soft tissue injuries, and Plaintiffs failed to mitigate their damages.

Finally, Plaintiffs' past medical expenses were significantly in excess of the reasonable and customary value of medical treatment in the New Orleans area.

Plaintiffs are not seeking damages for past, present and future lost wages or loss of earning capacity.

Pursuant to Plaintiffs' Supplemental Answers to First Set of Request for Admissions (a judicial admission), dated March 5, 2019, Plaintiffs damages are capped $50,000.00, exclusive of interest, fees and cost.

### UNCONTESTED MATERIAL FACTS

7. A **single listing** of all uncontested material facts:

- Kierra Thomas was operating her 2016 Nissan Altima, with guest passengers Antoine Clark, Shirley Harris and Sam Doyle, on April 24, 2017.

- Kierra Thomas' 2016 Nissan Altima was covered by an insurance policy by State Farm Insurance Company.

- Randall Chambers was operating a tractor/trailer owned by God's Way Trucking, LLC on April 24, 2017.

- Plaintiffs are not seeking claims for lost wages and/or loss of earning capacity.

### CONTESTED ISSUES OF FACT

8. A **single listing** of the contested issues of fact:

- The alleged accident made the basis of this litigation occurred on April 24, 2017[4].

- Randall Chambers was acting within the course and scope of his employment with God's Way Trucking, LLC at the time of the alleged accident on April 24, 2017[5].

- Defendant, Randall Chambers, improperly crossed over the lane Ms. Thomas was occupying, and/or he failed to be attentive, maintain a proper lookout, failed to

---

[4] The only contested issue of fact in this sentence is the use of the word "alleged".
[5] The only contested issue of fact in this sentence is the use of the word "alleged".

engage his turn signal, carelessly operated his vehicle and failed to see what he should have seen.

- Defendant, Randall Chambers, testimony and exhibits about how he traveled to Louisiana, where he stayed when traveling, the speed he was traveling, as well as the documentation and lack thereof in Defendant's driving log(s) violates FMCSA and other pertinent laws.

- Defendant, God's Way Trucking, LLC violated USDOT, FMCSA and other pertinent laws in the keeping of driving logs, reporting duties to the federal government and the record keeping of pertinent documentation regarding this accident which gives rise to this litigation.

- Defendant, Randall Chambers, prior conviction of at least one felony (Defendant has multiple convictions for fraud/theft) to which he was imprisoned in federal prison for at least 18 months related to the Conspiracy of Theft by Fraud to challenge Defendant's credibility.

- Plaintiffs' injuries and medical expenses both past and future are directly related to the accident with Defendant. Plaintiffs will rely on treating physician's testimony, reports, and/or any demonstrative aids, in support of Plaintiffs' injuries relating to this accident.

- Plaintiffs' injuries will affect their future expenses and enjoyment of life. Plaintiffs will rely on treating physician's testimony, life care planner's testimony, forensic accounting testimony, all the reports, and/or any demonstrative aids, in support of Plaintiffs' injuries and loss relating to this accident.

- Whether the following itemized special damages are correct:

  - Shirley Harris-
    - Doctor's Rehabilitation Services $3,370.00
    - LA Pain Specialists $6,577.00
    - Diagnostic Image Services $2,508.00
    - Crescent View Surgery Center $127,200.00
    - One Spine $45,725.50
    - Rx (Epic Pharmacy) $210.97
    - Rx (B&B Pharmacy) $480.58
    - Total Medical Expenses $186,072.05

  - Antoine Clark-
    - Doctor's Rehabilitation Services $9,895.00
    - Lonseth Interventional Spine $70,125.00
    - Guardian Care (10/10 Lonseth) $9,200.00
    - Diagnostic Imaging Services $1,254.00
    - Dr. Peter Liechty $1,750.00
    - DISC of LA (Dr. Shamieh) $1,250.00
    - Total Medical Expenses $93,474.00

  - Kierra Thomas-
    - Doctor's Rehabilitation Services $4,995.00
    - Diagnostic Imaging Services $2,508.00
    - One Spine Institute $2,525.00
    - Lonseth Interventional Spine $63,650.00
    - Total Medical Specials $73,678.00

- On April 25, 2017, Plaintiffs retained Vanessa Motta, whose office was located at 525 Clay Street, Kenner, Louisiana, for claims arising from the alleged accident made the basis of this litigation.

- Based on Vanessa Motta's referral, Kierra Thomas, Shirley Harris and Antoine Clark first sought medical treatment on April 26, 2017 with chiropractor, Doctors Rehab Services.

- Pursuant to Shirley Harris' *Supplemental Answers to First Set of Request for Admissions* (a judicial admission), dated March 5, 2019, her damages do not exceed and are capped at $50,000.00, exclusive of interest, fees and cost.

- Pursuant to Antoine Clark's *Supplemental Answers to First Set of Request for Admissions* (a judicial admission), dated March 5, 2019, his damages do not exceed and are capped at $50,000.00, exclusive of interest, fees and cost.

- Pursuant to Kierra Thomas' *Supplemental Answers to First Set of Request for Admissions* (a judicial admission), dated March 5, 2019, her damages do not exceed and are capped at $50,000.00, exclusive of interest, fees and cost.

- Plaintiff, Kierra Thomas, drove her vehicle in to the tractor/trailer operated by Randall Chambers, and/or she failed to be attentive, maintain a proper lookout and failed to see what she should have seen.  Defendants will rely on Randall Chambers' testimony, Plaintiffs' testimony, expert opinion of Dr. Welch, various statements from witnesses and cell phone records, in support of Plaintiff's fault and/or negligence.

- Plaintiffs, Antoine Clark and Shirley Harris, allowed and/or assisted Kierra Thomas in striking the tractor/trailer operated by Randall Chambers, and/or they allowed Kierra Thomas to be inattentive, maintain a proper lookout and failed to see what she should have seen. Defendants will rely on Randall Chambers' testimony, Plaintiffs' testimony, expert opinion of Dr. Welch, various statements from witnesses and cell phone records, in support of Plaintiffs' fault and/or negligence.

- Mr. Chambers did not see or feel any impact, and he was traveling in the middle lane for a few minutes when a third, unknown blue car swerved in front of him several times.

- Plaintiffs' vehicle was traveling at a greater speed than the Defendants' vehicle at impact, indicating that Plaintiffs sped up and drove into Defendants' trailer, resulting in a very minor impact.

- Cell phone records document contact with Plaintiffs' friends and associates.

- Plaintiffs' testimony regarding how they met up or where they were going at the time of the alleged accident is contradictory and will be used to challenge their credibility.

- Plaintiffs failed to mitigate their damages.  Each Plaintiff had gaps in medical treatment and/or did not follow the medical advice of their treating physicians.

- Plaintiffs' alleged injuries were pre-existing.  Antoine Clark had three prior automobile accidents with complaints of lower back pain and/or injury.  Kierra Thomas had two prior automobile accidents.

- The alleged accident and/or injuries were the result of superseding and/or intervening causes for which these Defendants are or were not responsible.  Shirley Harris was involved in three subsequent accidents.

- Plaintiffs' neighbors, relatives, and associates were involved in disputed liability sideswipe type collisions, and Plaintiffs had communication with some of them on the day of the accident.   For example, Shirley Harris' cousins, Ryan Harris and Tara Blunt, were involved in an accident on I-10 near 610 on March 29, 2017; Shirley's sister, Evelina Harris, was involved in an accident on I-10 near Louisa on April 10, 2017; Shirley Harris' mother, Shirley Morgan, and Shirley Harris' daughter, Nyla Arnold, were involved in an accident on I-10 near Dowman on April 12, 2017.  In addition, Antoine Clark's brother, Paul Clark, was involved in an accident on July 19,

2017 on I-10 near Chef Menteur.  Defendants will rely on witnesses and cell phone records.

## CONTESTED ISSUES OF LAW

9.   A **single listing** of the contested issues of law.

- All alleged damages and/or injuries made the subject of this litigation were proximately caused solely and entirely by the negligence and/or fault of Defendant Randall Chambers, including, but not limited to:

    o   Disregard traffic conditions;

    o   Gross negligence;

    o   Failure to maintain proper control of a vehicle;

    o   Failure to take all reasonable evasive action to avoid a accident at issue herein;

    o   Failure to yield;

    o   Failure to properly change lanes;

    o   Operation of the vehicle in a reckless and/or negligent matter;

    o   Acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans, all of which acts may be properly proven at the trial of this matter; and

    o   Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws, including but not limited to, of Louisiana and/or applicable ordinances.

- Pending and anticipated motions referenced above in Section 5

- All alleged damages and/or injuries made the subject of this litigation were proximately caused solely and entirely by the negligence and/or fault and/or intentional acts of Plaintiff, Kierra Thomas, including, but not limited to:

  o failing to exercise reasonable care under the circumstances prevailing at the time of the accident;

  o failing to take proper precautions to avoid the damages in question;

  o failing to act as a reasonable and prudent person would act under the same or similar circumstances;

  o failing to be attentive to his surroundings and to act in a prudent and cautious manner;

  o misuse and/or abuse of a motor vehicle;

  o carelessly operating her motor vehicle;

  o improperly using her lane of travel and/or other lanes of travel;

  o failing to maintain a proper look out;

  o failing to see what she should have seen;

  o failing to take evasive action so as to avoid the impact and/or collision; and

  o other acts and/or omissions constituting negligence to be shown at the time of trial herein.

- All alleged damages and/or injuries made the subject of this litigation were proximately caused solely and entirely by the negligence and/or fault and/or intentional acts of Plaintiffs, Shirley Harris and Antoine Clark, including, but not limited to:

18

- o failing to exercise reasonable care under the circumstances prevailing at the time of the accident;

- o failing to take proper precautions to avoid the damages in question;

- o failing to act as a reasonable and prudent person would act under the same or similar circumstances;

- o failing to be attentive to their surroundings and to act in a prudent and cautious manner;

- o allowing Kierra Thomas to misuse and/or abuse a motor vehicle;

- o allowing Kierra Thomas to carelessly operating her motor vehicle;

- o allowing Kierra Thomas to improperly use her lane of travel and/or other lanes of travel;

- o allowing Kierra Thomas to fail to maintain a proper look out;

- o allowing Kierra Thomas to fail to see what she should have seen;

- o allowing Kierra Thomas to fail to take evasive action so as to avoid the impact and/or collision; and

- o other acts and/or omissions constituting negligence to be shown at the time of trial herein.

- Any and all issues of law which have not been stipulated.

### EXHIBITS

10. For each party, a list and description of exhibits intended to be introduced at trial.

### Joint Exhibits

1. AC - Doctor's Rehabilitation Services 1-104; Defendants object to the reasonableness of the past medical expenses.

2. AC - Diagnostic Imaging Services 1-14 & CD of images; Defendants object to the reasonableness of the past medical expenses.

3. AC - One Spine Institute 1-17; Defendants object to the reasonableness of the past medical expenses.

4. AC - Lonseth Int. Pain Ctr. 1-82; Defendants object to the reasonableness of the past medical expenses.

5. KT - Doctors' Rehab Services 1-103; Defendants object to the reasonableness of the past medical expenses.

6. KT - Diagnostic Imaging Services 1-27 & CD of images; Defendants object to the reasonableness of the past medical expenses.

7. KT - Lonseth Int. Pain Ctr. 1-185; Defendants object to the reasonableness of the past medical expenses.

8. KT - One Spine Institute 1-12; Defendants object to the reasonableness of the past medical expenses.

9. SH - Doctors Rehab Services 1-88; Defendants object to the reasonableness of the past medical expenses.

10. SH - Diagnostic Imaging Services 1-20 & CD of images; Defendants object to the reasonableness of the past medical expenses.

11. SH - LA Pain 1-94; Defendants object to the reasonableness of the past medical expenses.

12. SH - One Spine Institute 1-35; Defendants object to the reasonableness of the past medical expenses.

13. SH - Crescent View Surgery 1-53; Defendants object to the reasonableness of the past medical expenses

14. SH- B & B Drugs - Epic 1 -2; Defendants object to the reasonableness of the past medical expenses

15. Investigating Officer Body Camera Footage; (Defendants submit this exhibit is hearsay and would only be used for impeachment and/or refresh witness recollection only)

16. Investigating Officer Body Camera Footage – Transcript (Defendants submit this exhibit is hearsay and would only be used for impeachment and/or refresh witness recollection only)

17. 911 audio recording (Defendants submit this exhibit is hearsay and would only be used for impeachment and/or refresh witness recollection only)

18. 911 Incident Detail Report 1-4 (Defendants submit this exhibit is hearsay and would only be used for impeachment and/or refresh witness recollection only)

19. Estimate for Prop Damages to PL Car 1-6;

20. Photos of PL Car 1-22;

21. Photos of Tractor 1-5;

22. Driver Logs 1-4;

23. Bill of Lading 1-2;

24. Annual Vehicle Inspection Report 1-7

25. Canal Insurance Company policy, policy number PIA08263102, issued to God's Way Trucking, LLC (bates labeled "Canal Insurance Company's Policy 1-76") - Record purposes only, not admitted or presented to Jury – *See* Defendants' MIL, # 2; 411; 403

**Plaintiffs' Exhibits with Objection**

1. New Orleans Police Department investigative report of subject collision;

   1.1 911 Incident Detail Report
   1.2 911 audio of Antoine Clark calling Police subsequent accident
   1.3 I-10 Body Cam video with officer, plaintiffs, and defendant

1.3a Transcript of Body Cam video with officer, plaintiffs, and defendants (defendants)

1.3b Transcript of Body Cam video with officer, plaintiffs, and defendants (plaintiffs)

Defendants' Objection to Exhibit 1, et. seq.: Hearsay; Foundation; Impeachment

and/or Refresh witness recollection only.

2.  Property damage estimate report;

3.  Blank

4.  A certified copy of Kierra Thomas, Shirley Harris, and Antoine Clark's, medical and billing records from the following providers:

    4.2 Antoine Clark- Disc of LA- Defendants: Objection: Authenticity; Reasonableness of the past medical expenses; Not Produced in Discovery.

    4.7 Kierra Thomas- Lonseth Int. Pain Ctr . - Defendants: Objection: Authenticity; Reasonableness of the past medical expenses; Not Produced in Discovery.

5.  Expert Report of Lacy Sapp;

    5. Lacy Sapp report of Kierra Thomas – Defendants' Objection: Admissibility;

    Hearsay; Foundation; Not best evidence

    5.1 Lacey Sapp report of Antoine Clark – Defendants' Objection: Admissibility;

    Hearsay; Foundation; Not best evidence

    5.2 Lacey Sapp report of Shirley Harris – Defendants' Objection: Admissibility;

    Hearsay; Foundation; Not best evidence

6.  Expert Report of Ralph Litolff;

    6. Ralph Litolff report of Kierra Thomas – Defendants' Objection: Admissibility;

    Hearsay; Foundation; Not best evidence

    6.1 Ralph Litolff report of Antoine Clark– Defendants' Objection: Admissibility;

    Hearsay; Foundation; Not best evidence;

6.2 Ralph Litolff report of Shirley Harris – Defendants' Objection: Admissibility; Hearsay; Foundation; Not best evidence;

7. Accident Reconstructionist James Pittman's report – Defendants' Objection: Admissibility; Hearsay; Foundation; Not best evidence

8. Chambers MVR 1

8.1 Chambers MVR 1-2

Defendants' Objection to Exhibit 8, et. seq.: Authenticity; Hearsay; Foundation; 403; 609; Relevance

9. Annual Vehicle Inspection Report (Joint)

10. Bill of Lading (Joint)

11. Criminal Conviction

11.1 Judgment (Criminal Randall Lee Chambers) - Defendants' Objection(s):403; 609; Hearsay; Authenticity; Not Produced in Discovery; *See also* Defendants' Motion in Limine

11.2 Change of Plea - Defendants' Objection(s):403; 609; Hearsay; Authenticity; Not Produced in Discovery; *See also* Defendants' Motion in Limine

12. Plea agreement Randall Chambers of felony conviction - Defendants' Objection(s): 403; 609; Hearsay; Authenticity; Not Produced in Discovery; *See also* Defendants' Motion in Limine

13. GWT Policies 1-2- Defendants' Objection to Exhibit 8, et. seq.: Hearsay; Foundation; Relevance

14. Prior Citations of Randall Chambers

14.1The State of South Carolina list of prior citations

Defendants' Objection(s): 403; 609; Hearsay; Authenticity; Not Produced in Discovery;

*See also* Defendants' Motion in Limine

15. Georgia Federal Regulations for Commercial Drivers

15.1 Chapter 1

15.2 Chapter 2

15.3 Chapter 3

15.4 Chapter 4

15.5 Chapter 5

15.6 Chapter 6

15.7 CDL Disqualifications

- 15.1 – 15.6 - Defendants' Objection(s): Not plead in Petition; Not Produced in Discovery; Hearsay; Authenticity; Relevance; 403; Foundation

- 15.7 - Defendants' Objection(s): Not plead in Petition; Not Produced in Discovery; Not produced/identified as Exhibit; Hearsay; Authenticity; Relevance; 403; Foundation

16. Code of Federal Regulations

16.1 Code of Federal Regulations subparts

16.2 Code of Federal Regulations subparts

16.3 Code of Federal Regulations subparts

16.4 Code of Federal Regulations subparts

16.5 Code of Federal Regulations subparts

16.1 – 16.5: Defendants' Objection(s): Not Plead in Petition; Not Produced in Discovery; Hearsay; Relevance; 403; Foundation

17. DOT report on God's Way Trucking, LLC - Defendants' Objection(s): 403; Hearsay; Authenticity; Not Produced in Discovery; Foundation; Relevance

18. CV of Plaintiff's Expert Witness

    18. CV of James Pittman Accident Reconstructionist

    18.1 CV of Dr. Peter Liechty

    18.2 Nothing removed

    18.3 CV of Dr. Eric Lonseth

    18.4 CV Lacy Sapp

    18.5 CV Dr. Nick Chiro

    Hearsay; Best Evidence; Only for record purposes – Does not go to Jury and is not evidence

19. No exhibit

20. Driver's Logs (Joint)

21. No exhibit

22. No exhibit

23. Randall Chambers recorded statement with Canal Insurance Company - Defendants' Objection(s): Hearsay; Best Evidence; Impeachment and/or Refresh Recollection only; Defendants object to transcribed statement on ground of Authenticity and Not produced in discovery.

24. 30(b)(6) Deposition of Laura Chambers - Defendants' Objection(s): Hearsay; Best Evidence; Impeachment and/or Refresh Recollection only; Testifying Witness; Plaintiffs Exhibit List # 24 is "any pleadings" and deposition is not a pleadings;

27. Defendant's Expert Bill/Retainer - Defendants' Objection(s): Plaintiffs Exhibit List # 27 is demonstrative aids; Not produced timely; Relevance; Foundation; Best Evidence

    27. Shirley Harris Patient Ledger for Dr. Robert

27.1 Kierra Thomas Patient Ledger for Dr. Robert

27.2 McNabb's retainer

28. No exhibit

29. Canal Insurance Company Policy 1-76 - Defendants' Objection(s): *See* Defendants' MIL, # 2; 411; 403

30. Demonstrative Aids – Not Produced

31. Any and all correspondence exchanged in this matter - Defendants' Objection(s): No Exhibits Produced/Identified; Hearsay; Authenticity

32. Any exhibit necessary for rebuttal or impeachment - Defendants' Objection(s): No Exhibits Produced/Identified; Hearsay; Authenticity

33. Any exhibit listed, offered, introduced, or referred to by any other Party

34. Any demonstrative evidence identified pursuant to discovery - Defendants' Objection(s): No Exhibits Produced/Identified; Hearsay; Authenticity

35. Any documentation produced in response to a request for production of documents; and - Defendants' Objection(s): No Exhibits Produced/Identified; Hearsay; Authenticity

36. Any document listed by any Party.

**<u>Defendants' Exhibits with Objection</u>**

1.      AC - State Farm 1-371; Motion in Limine Pending; Relevance, and/or Foundation

2.      AC - Progressive 1-52; Motion in Limine Pending; Relevance, and/or Foundation

5.      AC - Disc of LA 1-11; 403 (Wrong Date of Accident)

8.      AC - St. Bernard Primary Care 1-33; Motion in Limine Pending; Relevance, and/or Foundation

9.      AC - The Healthcare Center 1-216; Motion in Limine Pending; Relevance, and/or Foundation

10.      AC - Ochsner Medical Center - Main 1-44; Relevance, and/or Foundation

11.      AC - Walgreens 1-11; Motion in Limine Pending; Relevance (other than 2017 and 2018

Prescriptions regarding 4/24/17 accident), and/or Foundation

12.   AC - Total Medical Concepts 1-4; Best Evidence, Duplicative, Relevance, and/or Foundation

13.   AC - Medport LA 1-60; Best Evidence, Duplicative, Relevance, Authenticity, and/or Foundation

14.   KT – GEICO 1-40 (includes recordings); Motion in Limine Pending; Relevance, , and/or Foundation

15.   KT - State Farm 1-402 (includes recordings); Motion in Limine Pending, Relevance, , Foundation, Best Evidence, and/or Duplicative

16.   KT - Allstate 1-196 (includes recordings); Motion in Limine Pending; Relevance, , and/or Foundation

19.   KT - Lonseth Int. Pain Ctr. 1-185; 403 (Wrong Date of Accident)

21.   KT - Baylor Medical Center at Carrollton 1-188; Motion in Limine Pending; Relevance, and/or Foundation

22.   KT - Crescent City Physicians - Dr. Brandon Perez 1-128; Relevance, and/or Foundation

23.   KT - New Orleans East Hospital 1-72; Relevance, and/or Foundation

24.   KT - Ochsner Kenner Medical Center - Radiology 1-4 & CD of images; Relevance, and/or Foundation

25.   KT - Ochsner Kenner Medical Center 1-207; Relevance, and/or Foundation

26.   KT - CVS Pharmacy 1 – 23; Relevance (other than 2017 and 2018 Prescriptions regarding 4/24/17 accident), Authenticity and/or Foundation

27.   KT - Wal-Mart Pharmacy 1-22; Relevance, and/or Foundation

28.   KT - Medport LA 1-56; Best Evidence, Duplicative, Relevance, Authenticity, and/or

Foundation

29.      KT - Total Medical Concepts 1 – 8; Best Evidence, Duplicative, Relevance, and/or Foundation

30.      KT - Integrated Health Management 1-2; Relevance, and/or Foundation

31.      SH – State Farm 1-595; Relevance, and/or Foundation

32.      SH – Allstate 1-55; Motion in Limine Pending; Relevance and/or Foundation

33.      SH - GoAuto 1-90 (including recorded statements); Motion in Limine Pending; Relevance, and/or Foundation

39.      SH - Crescent City Physicians 1-213; Relevance, and/or Foundation

40.      SH - New Orleans East Hospital 1-24; Relevance, and/or Foundation

41.      SH - Touro Infirmary 1-435; Relevance, and/or Foundation

42.      SH - Touro Infirmary-Radiology 1-2 & CD of images; Relevance, and/or Foundation

43.      SH - Tulane University Medical Center - Radiology 1-12; Relevance, and/or Foundation

44.      SH - Total Medical Concepts 1-11 & CD of images; Best Evidence, Duplicative, Relevance, and/or Foundation

45.      SH - Medport LA 1-62; Best Evidence, Duplicative, Relevance, Authenticity, and/or Foundation

46.      SH - CVS  1-13; Relevance (other than 2017 and 2018 Prescriptions regarding 4/24/17 accident), and/or Foundation

47.      SH - Walgreens 1- 36; Relevance (other than 2017 and 2018 Prescriptions regarding 4/24/17 accident), and/or Foundation

48.      SH - Wal-mart Pharmacy 1- 13; Relevance and/or Foundation

50.      Kierra Thomas' Cell Phone Records – "KT - T-Mobile (504) 373-3032 1-129";

Relevance and/or Foundation

51.    Antoine Clark's Cell Phone Records – "AC - Sprint (504) 272-8907 1-61"; Relevance and/or Foundation

52.    Shirley Harris' Cell Phone Records – "SH - Sprint (504) 939-8450 1-90"; Relevance and/or Foundation

53.    Ryan Harris' Cell Phone Records, "T-Mobile (504) 320-7988 1-148"; Relevance and/or Foundation

54.    KT - Sprint 4-7 (504) 564-2011 & (504) 676-2297; Relevance and/or Foundation

55.    KT - Sprint 8-13 (504) 287-6644; Relevance and/or Foundation

56.    Samuel Doyle's Cell Phone Records, "T-Mobile (504) 505-4663 1-X" (subpoena response pending); Relevance and/or Foundation

57.    Samuel Doyle's Cell Phone Records, "T-Mobile (504) 493-1672 1-X" (subpoena response pending); Relevance and/or Foundation

59.    Photos of Interstate 1-45; Relevance, Authenticity, and/or Foundation

68.    Registration 1; None

69.    Chambers Driver License 1; None

70.    Chambers Cert of Drug & Alcohol 1; Authenticity, Relevance, and/or Foundation

71.    Chambers Medical Certificate 1; Authenticity, Relevance, and/or Foundation

72.    Chambers Med Certificate 1; Authenticity, Relevance, and/or Foundation

73.    Chambers Medical Exam Report 1-4; Authenticity, Relevance, and/or Foundation

77.    Chambers Diploma 1; Authenticity, Relevance, and/or Foundation

78.    Chambers Drug Test 1; Authenticity, Relevance, and/or Foundation

79.    Cert of Drug & Alcohol 1-5; Authenticity, Relevance, and/or Foundation

83.     Petitions for the following accidents identified in the below chart, which are located in document production bates labeled "Other Accidents – Lawsuit 1-568": Motion in Limine Pending; Relevance, and/or Foundation

84.     Police reports for the following accidents identified in the below chart, which are located in document production bates labeled "Other Accidents – Police Reports 1-567": Motion in Limine Pending; Authenticity, Relevance, and/or Foundation

85.     Redacted police reports for the following accidents identified in the below chart, which are located in document production bates labeled "Other Accidents – Police Reports (Redacted) 1-567": Motion in Limine Pending; Authenticity, Relevance, and/or Foundation

| # | Claimants | Date of Accident | Location of Accident |
|---|-----------|------------------|----------------------|
| 1 | Cornelius Garrison, III | October 15, 2015 | I-10E @ I-510 |
| 2 | Darnell Harris, Selita Harris, Leon Parker | January 17, 2016 | I-10W @ MP 237 |
| 6 | Lawrence Robertson | August 8, 2016 | I-10E @ MP 235 |
| 11 | Kent Parker, Lakeisha Parker, Teshana Jones and Beverly Heno | January 4, 2017 | I-10E @ MP 249 |
| 16 | Sonya Dent Jones and April Jenkins | February 26, 2017 | I-610W @ Elysian Fields Exit |
| 18 | Ryan Harris, De'Angelo Adams, Tara Blunt, Fran Bell, Willard Perry, Shantrica Carraby, and Jerome Clark | March 29, 2017 | I-610W @ MP 239 |
| 19 | Evelina Harris and Winthrop Carrie | April 10, 2017 | I-10E @ MP 239 |
| 20 | Carl Morgan, Shirley Morgan, Daniel Harris, and Nyla Arnold | April 12, 2017 | I-10E @ Downman Exit |
| 21 | Marlo Ard, Terrelle Carter, Raychelle Patterson and Dwayne Winins | April 18, 2017 | I-610 |
| 22 | Kierra Thomas, Antoine Clark, and Shirley Harris | April 24, 2017 | I-10W @ MP 242 |
| 26 | Shantay Watkins, George Berniard, Mervin Dolliole, Clinton Sordelet, Calvin Henderson, Lawrence Addison, Melvin Mitchell, Tariana Blunt, Laportia Moore, and David Perry | May 16, 2017 | I-10E @ MP 240 |
| 30 | Ciarra Williams, Willie Magee, Russell Harris, Dwayne Pierce, Johnny Marshall, Jenea Maxson, Lamyra Henry, Kimberly Anderson, Irvin Hadley, Shontae Cain, Joseph Henry, Aari Coston, and Ellery Evans | June 8, 2017 | I-10W |
| 31 | Ruby Poole. Warren Poole and Robert | June 13, 2017 | I-10W @ MP 238 |

| | Savage | | |
|---|---|---|---|
| 32 | Carl Jones, Freda Lois Jones, Jaelyn Jones | June 14, 2017 | I-10E @ MP 248 |
| 35 | Reynard Nobles, Jasmine Howard, and Yolanda Jones | June 27, 2017 | I-10W @ MP 238 |
| 37 | Georon Darensburg, Hugh Martin, Cortne Martin | July 16, 2017 | I-10E @ Franklin Ave Exit |
| 39 | Renay Gardner, Victor Gardner, and Paul Clark | July 19, 2017 | I-10E @ MP 238 |
| 40 | Aaronne Simmons, Teresa Jefferson, Juan Matthews, Deoushia Jefferson, James Hinton | July 23, 2017 | I-10E @ MP 239 |
| 43 | Harry Dorsey, Lesdreaka Dickson, Raymond Riley, Zounda Lee, Tasha Green, Eric Lewis, Michael Ruffin, and Lounda Lee | August 9, 2017 | I-610W @ MP 232 |
| 47 | Rosalie Williams, Jawayne Harrison, and Kim Chew | August 26, 2017 | I-10E @ MP 256 |
| 49 | Lynisha Reff, Lyndon Red, Sr., Tracy Harris, Lyschnine Williams | September 4, 2017 | I-10E @ MP 232 |
| 52 | Melvin Colbert, Lakea Colbert, Cordero Washington, and Yaschia Washington | September 7, 2017 | I-10E @ MP 248 |
| 57 | Lauren Dents, Daniel Clark | September 20, 2017 | I-610E @ I-10 Merge |
| 58 | Latoya Campbell, Patricia Campbell, Chervanti Hilton | September 25, 2017 | I-10E @ MP 243 |
| 60 | Roshawn Nobles, Terrell Green, and Aaronika Johnson | October 1, 2017 | I-10E @ MP 245 |
| 62 | Kwantra Varnado, Herold Payne, Taj Varnado | October 1, 2017 | I-10E |
| 63 | Donald Charles, Richard Foster, Erica Darby and Mark Birden | October 1, 2017 | I-10W |
| 67 | Dimitri Frazier, Adonte Turner, Tiffany Turner | November 13, 2017 | I-10E @ MP 246 |
| 69 | Rashad Turner, Jospeh Williams, Geoffrey Adams, Kenneth Allen | November 20, 2017 | I-10E @ MP 246 |
| 72 | Richard Turner, Taminika Shaul, and Derrick Thomas | November 29, 2017 | I-10W @ High Rise |
| 74 | Kimmy Jacob, Romalis Jacob, and Lyndell Mims | December 28, 2017 | I-10E @ MP 254 |
| 76 | Danielle Anderson, Quinyatta Woods, and Tyatta Woods | April 19, 2018 | I-10E |
| 80 | Tracy Thompson, Grant Wilson, and Steven Thompson | September 14, 2017 | I-10E @ MP 248 |
| 85 | Conseulla Lee, Irvin Lee, Chloe Lee, Zounda Lee | March 20, 2018 | I-610 |

86.   Ryan Harris Info 1; Authenticity, Relevance, and/or Foundation

87.   Garrison Info 1; Authenticity, Relevance, and/or Foundation

90.     Torrence D.J. Welch, Ph.D. Expert Report - "KT - Rimkus Consulting Group Report (02.15.19) 1-75" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Admissibility, Hearsay and/or Trial Witness

91.     Torrence D.J. Welch, Ph.D. Affidavit; Motion in Limine Pending (Record Purposes Only / Refresh Witness Recollection); Best Evidence, Duplicative, Admissibility, Hearsay, Relevance, and/or Trial Witness

92.     Torrence D.J. Welch, Ph.D. Curriculum Vitae; (Record Purposes Only / Refresh Witness Recollection) Motion in Limine Pending; Foundation

93.     Torrence D.J. Welch, Ph.D. Testimony History (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Relevance, and/or Foundation

94.     Torrence D.J. Welch, Ph.D.  – Rimkus Fee Schedule (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Relevance and/or Foundation

95.     Dr. Everett Gerard Robert's Expert Report on Shirley Harris - "SH – Dr. Everett Robert – IME Report (5.10.18) 1-3 (Record Purposes Only / Refresh Witness Recollection); Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

96.     Dr. Everett Gerard Robert's Expert Report on Kierra Thomas - "KT – Dr. Everett Robert – IMR Report (02.01.19) 1-3" (Record Purposes Only / Refresh Witness Recollection); Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

97.     Dr. Everett Gerard Robert's Expert Report on Kierra Thomas - "KT – Dr. Everett Robert – IMR Addendum Report (02.01.19) 1-3" (Record Purposes Only / Refresh Witness Recollection); Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

98.     Dr. Everett Gerard Robert (Record Purposes Only / Refresh Witness Recollection) Curriculum Vitae; Foundation

99.   Dr. Everett Gerard Robert (Record Purposes Only / Refresh Witness Recollection) Testimony History; Foundation

100.   Southern Brain & Spine - Dr. Robert - Professional Fee Schedule (Record Purposes Only / Refresh Witness Recollection); Foundation

101.   Stanford McNabb Expert Report - "AC – McNabb Rehab. Srvs.'s Report (02.13.19) 1-21" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

102.   Stanford McNabb Expert Report - "KT – McNabb Rehab. Srvs.'s Report (02.13.19) 1-17" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

103.   Stanford McNabb Expert Report - "SH – McNabb Rehab. Srvs.'s Report (02.13.19) 1-34" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Admissibility, Hearsay, and/or Trial Witness

104.   Stan McNabb Curriculum Vitae (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Foundation

105.   Stan McNabb Testimony History (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Foundation

106.   Stan McNabb Fee Schedule (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Foundation

107.   Marilyn Pacheco, CPC Expert Report - "KT - Elevate's Med Bill Audit Report.Analysis & Record Review (02.14.19) 1-67" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Trial Witness, Admissibility, Hearsay, Relevance, and/or Foundation

108.    Marilyn Pacheco, CPC Expert Report - "SH - Elevate's Med Bill Audit Report.Analysis & Record Review (02.14.19) 1-69" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Trial Witness, Admissibility, Hearsay, Relevance, and/or Foundation

109.    Marilyn Pacheco, CPC Expert Report - "AC - Elevate's Med Bill Audit Report.Analysis & Record Review (02.14.19) 1-107" (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Trial Witness, Admissibility, Hearsay, Relevance, and/or Foundation

110.    Marilyn Pacheco, CPC Affidavit (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Best Evidence, Duplicative, Trial Witness, Admissibility, Hearsay, Relevance, and/or Foundation

111.    Marilyn Pacheco, CPC Curriculum Vitae (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Foundation

112.    Marilyn Pacheco, CPC Testimony History (Record Purposes Only / Refresh Witness Recollection); Motion in Limine Pending; Foundation

113.    Marilyn Pacheco, CPC Fee Schedule; Motion in Limine Pending; Foundation

114.    GPS Hospitality Partners, IV 1 – 40; Relevance and/or Foundation

115.    Subpoena response from All Aboard America Holdings, Inc. – which includes video of a motor vehicle accident on October 15, 2015 involving Cornelius Garrison - KT.AC.SH – All.Aboard.Hotard 1-2 & Video 3; Relevance and/or Foundation

116.    Marlene Kennedy  audio recorded statement to an investigator retained by Canal Ins. Company on April 20, 2018 (impeachment/ refresh recollection only); Authenticity, Relevance and/or Foundation

117.   Marlene Kennedy  video recorded statement to an investigator retained by Canal Ins. Company on April 20, 2018 (impeachment/ refresh recollection only); Authenticity, Relevance and/or Foundation

118.   Marlene Kennedy and Charlotte Jones audio recorded statement to J.S. Investigations on December 7, 2018 (impeachment/ refresh recollection only); Authenticity, Relevance and/or Foundation

119.   Marlene Kennedy and Charlotte Jones text message exchange with Tracy Thompson(impeachment/refresh recollection only); Authenticity, Relevance and/or Foundation

120.   Deposition transcript and exhibits from Antoine Clark, 10.18.18 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

121.   Deposition transcript and exhibits from Shirley Harris, 10.18.18 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

122.   Deposition transcript and exhibits from Kierra Thomas, 10.18.18 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

123.   Deposition transcript and exhibits from Sam Doyle, 02.18.19 (Defendants intend to use as Trial Deposition); Best Evidence, Duplicative, and/or Trial Witness

124.   Deposition transcript and exhibits from James Pittman, 03.08.19 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

125.   Deposition transcript and exhibits from Dr. Peter Liechty 3.08.19 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

126.   Deposition transcript and exhibits from Dr. Eric Lonseth, 2.25.19 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

127.   Deposition transcript and exhibits from Dr. Suneil Jolly, 3.13.19 (Impeachment only);

Best Evidence, Duplicative, and/or Trial Witness

128.   Deposition transcript and exhibits from Lacy Sapp, 2.26.19 (Impeachment only); Best Evidence, Duplicative, and/or Trial Witness

129.   Deposition transcript and exhibits from Dr. Robert, 3.6.19 (Refresh Witness Recollection only); Best Evidence, Duplicative, and/or Trial Witness

130.   Deposition transcript and exhibits from Dr. Robert, 3.15.19 (Refresh Witness Recollection only); Best Evidence, Duplicative, and/or Trial Witness

131.   Deposition transcript and exhibits from Stan McNabb, 3.14.19 (Refresh Witness Recollection only); Best Evidence, Duplicative, and/or Trial Witness

132.   Deposition transcript and exhibits from Randall Chambers (Will call witness - Refresh Witness Recollection only), 03.18.19; Best Evidence, Duplicative, and/or Trial Witness

133.   Deposition transcript and exhibits from God's Way Trucking (Will call witness - Refresh Witness Recollection only), 03.18.19;

134.   Kierra Thomas' Responses to Defendants' RFA (5.29.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

135.   Antoine Clark's Responses to Defendants' RFA (5.29.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

136.   Shirley Harris' Responses to Defendants' RFA (5.29.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

137.   Kierra Thomas' Responses to Defendants' ROGs & RFP (6.7.18) with   production set(judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

138.   Antoine Clark's Responses to Defendants' ROGs & RFP (6.7.18) with production set(judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

139.    Shirley Harris' Responses to Defendants' ROGs & RFP (6.7.18) with production set(judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

142.    Shirley Harris' Supplemental Responses to Defendants' ROGs (9.24.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

145.    Plaintiffs' responses to God Way's 3rd RFP (12.04.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

146.    Plaintiffs' responses to Canal Insurance's 2nd ROGs (12.26.18) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

149.    Shirley Harris' responses to Canal Insurance's 1st ROGs (01.24.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

153.    Shirley Harris' responses to Defendants' 3rd ROGs, 2nd RFA and 4th RFP (3.1.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

154.    Defendants' 2nd RFA issued to Shirley Harris (deemed admitted) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

155.    Antoine Clark's responses to Defendants' 3rd ROGs, 2nd RFA and 4th RFP  (3.1.19); Best Evidence, Duplicative, and/or Trial Witness

156.    Defendants' 2nd RFA issued to Antoine Clark (deemed admitted) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

157.    Antoine Clark's responses to Defendants' 3rd RFP (3.4.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

158.    Kierra Thomas's supplemental responses to Defendants' 1st RFA (3.5.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

159.    Antoine Clark's supplemental responses to Defendants' 1st RFA (3.5.19) (judicial

admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

160.   Shirley Harris' supplemental responses to Defendants' 1st RFA (3.5.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

162.   Shirley Harris' supplemental responses to Defendants' 1st ROGs & RFP (03.17.19) and Support Documents (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

163.   Antoine Clark's supplemental responses to Defendants' 1st ROGs & RFP (03.17.19) and Support Documents (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

164.   Kierra Thomas' supplemental responses to Defendants' 1st ROGs & RFP    (03.17.19) and Support Documents (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

165.   Antoine Clark's responses to Defendants' 4th RFA (03.17.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

166.   Kierra Thomas' responses to Defendants' 4th RFA (03.17.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

167.   Shirley Harris' responses to Defendants' 4th RFA (03.17.19) (judicial admission and/or impeachment); Best Evidence, Duplicative, and/or Trial Witness

168.   Shirley Harris' social media pages, postings, photos and friends list; Relevance and/or Foundation (Plaintiffs' Produced)

170.   Kierra Thomas' social media pages, postings, photos and friends list; Relevance and/or Foundation (Plaintiffs' Produced)

171.   Gloria Harris-Hall's social media pages, postings and friends list; Relevance,

Authenticity, and/or Foundation

172.    Jovanda Gardner's social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

173.    Ryan Harris' social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

174.    Jasmine Howard's social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

175.    Shirley Morgan's social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

176.    Tweet Peters' social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

177.    Samuel Doyle's social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

178.    Darnell Harris' social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

179.    Selita Harris' social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

180.    Evelina Harris' social media pages, postings and friends list; Relevance, Authenticity, and/or Foundation

181.    Surveillance of Antoine Clark between August 20-22, 2018; Motion in Limine Pending; Relevance, Authenticity, Foundation, and Admissibility

182.    Surveillance of Kierra Thomas on August 10, 14, 23, 29 and September 11 & 25, 2018; Motion in Limine Pending; Relevance, Authenticity, Foundation, and Admissibility

183.    Declaration of Loy Ernst on behalf of Total Medical Concepts, dated March 29, 2019 1-

5; Relevance, Authenticity, Foundation, and Admissibility

184.    Tiffany Turner's social media pages, postings and friends list; Relevance, Authenticity,

Foundation, and Admissibility

185.    Integrated   Health   Management   Records   (subpoena   response   pending)   NOT

PRODUCED; Relevance, Authenticity, and/or Foundation

### DEPOSITION TESTIMONY FOR USE AT TRIAL

11. For each party, a list of all deposition testimony to be offered into evidence.

Plaintiffs will offer into evidence the 30(b)(6) deposition of God's Way Trucking, LLC
through its owner, Laura Chambers. Defendants' Objection: Witness will testify live at
trial; Relevance (Need Redacted Transcript)

Defendants will offer into evidence the deposition transcript of Samuel Doyle.
Plaintiffs' Objection:  Witness may testify live at trial, Witness is within the Court's
subpoena power, Relevance, Hearsay, Defendants have not shown compliance with Fed.
R. Civ. P. 32.

### DEMONSTRATIVE EXHIBITS

12.

Plaintiffs intend to use the following demonstratives:  (1) Enlarged MRI from DIS of

Shirley Harris and Antoine Clark; (2) Enlarged Photographs from James Pittman's, an accident

reconstructionist, Report; (3) Replica hardware that was inserted into Shirley Harris for her

cervical fusion; (4) Enlarged Report of Lacy Sapp's report of all three plaintiffs; (5) Rules of

FMCSA; (6) Driver's log; (7) Route Mr. Chambers drove; (8) Enlarged photos of property

damage to Kierra Thomas's vehicle; and (9) Enlarged photos of property damage to God's Way

Trucking, LLC's vehicle.  Plaintiffs still reviewing, will supplement in accordance with the Court Order.

Defendants object to the demonstrative aids on the following basis:

Lack of production of demonstrative aids for review;

Sapp Report: Hearsay; not best evidence;

FMSCA: Relevance; Hearsay; Authenticity; Foundation;

Route Mr. Chambers drove: Relevance; Hearsay; Authenticity; Foundation

<u>Defendants</u> will utilize the following as demonstrative aids:

1)  Photos of Vehicles – See pages 40 - 44 of Dr. Welch's report (Exhibit 90)

2)  Compressive  Loads at Cervical Spine and Lumbar Spine - See pages 45 - 51 of Dr. Welch's report (Exhibit 90)

3)  Still Photos of Officer Body Camera Footage regarding Property Damages only

4)  Provider Summary Chart with name of medical provider, dates of treatment, amount billed and reasonable value for Shirley Harris – *See* Pacheco's expert report

5)  Provider Summary Chart with name of medical provider, dates of treatment, amount billed and reasonable value for Antoine Clark – *See* Pacheco's expert report

6)  Provider Summary Chart with name of medical provider, dates of treatment, amount billed and reasonable value for Kierra Thomas – *See* Pacheco's expert report

7)  Defendants still reviewing, will supplement in accordance with Court Order.

Plaintiffs object to the demonstrative aids on the following basis:

Lack of production of demonstrative aids for review;

Pacheco's expert report numbers 4) – 6) above:  Motion in Limine Pending; Hearsay, Relevance and/or Foundation

Compressive Loads at Cervical Spine and Lumbar Spine: Motion in Limine Pending; Foundation

## WITNESS LIST

13. A list of witnesses for all parties.

**Plaintiffs' Witnesses**

Plaintiffs' witness list was submitted on March 18, 2019, in accordance with this Honorable Court's Scheduling Order.

1.  Name:        Kierra Thomas
Address:      2401 Division St. Metairie LA 70001
Phone:        504-373-3022
Subject(s):   Plaintiff Driver, who will testify regarding the automobile collision, her injuries and damages;

2.  Name:        Antoine Clark
Address:      14771 Beekman Road, New Orleans, LA 70128
Phone:        504-272-8904
Subject(s):   Plaintiff Passenger who will testify regarding the automobile collision, his injuries and damages;

3.  Name:        Shirley Harris
Address:      9808 Morrison Road, New Orleans, LA 70127
Phone:        504-939-8450
Subject(s):   Plaintiff Passenger, who will testify regarding the automobile collision, her injuries and damages;

4.  Name:        Sam Doyle
Address:      13156 Wales Street, New Orleans, LA 70128
Phone:        Unknown
Subject(s):   Passenger in Plaintiff's vehicle, who will testify regarding the automobile collision;

5.  Name:        Jassa Sengha, NOPD
Address:      Unknown
Phone:        Unknown
Subject(s):   Investigating Officer, who will testify regarding the automobile collision;

6.  Name:     Randall Chambers
Address:      806 Maple, Statesboro, GA 30461
Phone:        912-536-9190
Subject(s):   Defendant Driver, who will testify regarding the automobile collision;

7.  Name:     Laura Chambers
Address:      806 Maple, Statesboro, GA 30461
Phone:        912-536-1407
Subject(s):   Owner of vehicle driven by Randall Chambers; Corporate representative
of God's Way Trucking, LLC, who will testify regarding the automobile collision and the
employment of Randall Chambers;

8.  Name:     Christina Heald
Address:      Unknown
Phone:        864-250-9423
Subject(s):   Canal Insurance Adjuster, who will testify regarding Plaintiffs' claims;

9.  Name:     Peter Liechty, MD
Address:      ONE Spine Institute, 3530 Houma Boulevard, Suite 202, Metairie,
              LA 70006
Phone:        504-455-2225
Subject(s):   Healthcare Provider for Ms. Thomas, Ms. Harris, and Mr. Clark, who will
testify regarding Plaintiffs' injuries and damages;

10. Name:     Suneil Jolly, MD
Address:      3434 Houma Blvd. Suite 301, Metairie, LA 70006
Phone:        504-267-1185
Subject(s):   Healthcare Provider for Ms. Harris, who will testify regarding Plaintiff's
injuries and damages;

11. Name:     Eric Lonseth, MD
Address:      3412 Teuton St, Metairie, LA 70006
Phone:        504-875-3528
Subject(s):   Healthcare Provider for Ms. Thomas and Mr. Clark, who will testify
regarding Plaintiffs' injuries and damages;

12. Name:     Nicholas DiGerolamo, DC
Address:      3414 Hessmer Ave, Suite 101, Metairie, LA 70002
Phone:        504-298-4377

Subject(s):   Healthcare Provider for Ms. Thomas, Ms. Harris, and Mr. Clark, who will testify regarding Plaintiffs' injuries and damages;

13. Name:        Samer Shamieh, MD
    Address:     76 Starbrush Circle, Covington, LA 70433
    Phone:       985-400-5778
    Subject(s):  Healthcare Provider for Mr. Clark, who will testify regarding Plaintiff's injuries and damages;

14. Name:        Lacy Sapp
    Address:     3501 N. Causeway Blvd. Suite 900 Metairie, LA 70002
    Phone:       504-454-5009
    Subject(s):  Life Care Planner, expert witness for Plaintiffs' Kierra Thomas, Shirley Harris, and Antoine Clark

15. Name:        Ralph Litolff
    Address:     2637 Edenborn Avenue, Suite 305, Metairie, LA 70002
    Phone:       504-587-1670
    Subject:     Forensic Accounting for Plaintiffs' Kierra Thomas, Shirley Harris, and Antoine Clark

16. Name:        James Pittman
    Address:     35380 Berthelot Road Walker, Louisiana 70785
    Phone:       (225) 335-9145
    Subject(s):  Accident Reconstructionist Plaintiffs' Kierra Thomas, Shirley Harris, and Antoine Clark

17. Any witnesses necessary for rebuttal or impeachment;

18. Any individuals identified in Defendant's Rule 26 Disclosures; and

19. Any individuals identified in the course of discovery in this matter.

**Defendants' Witnesses**

Defendants' witness list was submitted on March 19, 2019, in accordance with this Honorable Court's Scheduling Order.

The following witness will be called at trial, including:

1. Randall Chambers - Defendant
   Statesboro, Georgia
   Alleged Accident; Plaintiffs' alleged injuries; Property Damages.

2. Laura Chambers as Corporate Representative of God's Way Trucking, LLC – Defendant
   Statesboro, Georgia
   Alleged Accident; Plaintiffs' alleged injuries; Property Damages; God's Way Trucking, LLC

3. Torrence D.J. Welch, Ph.D.
   RIMKUS Consulting Group
   3500 N. Causeway Blvd., Suite 350
   Metairie, LA 70002
   Certified accident reconstructionist and Ph.D. in biomedical engineering.
   *See* Dr. Welch's expert report concerning all Plaintiffs and curriculum vitae.

   Defendants certify that this expert's report, curriculum vitae, fee schedule and

   testimony history was timely produced on February 15, 2019 in accordance with this

   Honorable Court's Scheduling Order.

4. Dr. Everett Gerard Robert
   Southern Brain and Spine LLC
   3798 Veterans Blvd, Suite 200
   Metairie, LA 70002
   Board certified neurosurgeon.
   *See* Dr. Robert's expert reports concerning Shirley Harris and Kierra Thomas and his

   curriculum vitae. Defendants certify that this expert's reports, curriculum vitae, fee

   schedule and testimony history was timely produced on February 15, 2019 in

   accordance with this Honorable Court's Scheduling Order.

5. Marilyn Pacheco, CPC
   Elevate Services, Inc.
   201 S. Santa Fe Ave., Suite 100
   Los Angeles, CA 90012
   Certified Professional Coder who is qualified to render opinions as a billing and coding expert.
   *See* Ms. Pacheco's expert reports and curriculum vitae.  Defendants certify that this

   expert's reports, curriculum vitae, fee schedule and testimony history was timely

   produced on February 15, 2019 in accordance with this Honorable Court's Scheduling

   Order.

6. Sam Doyle
   13156 Wales Street
   New Orleans, LA 70128
   504-505-4663

Plaintiffs' injuries; Association with Plaintiffs; Contact before and after the accident; Mr. Doyle and Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

The following witness may be called at trial, including:

1. Shirley Morgan
   7836 South Coronet, Apt. A
   New Orleans, LA 70126
   504-296-6467

Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

2. Nyla Arnold
   9808 Morrison
   New Orleans, LA 70127
   Phone number unknown

Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

3.  Carl Morgan
    7836 South Coronet, Apt. A
    New Orleans, LA 70126
    504-905-2884

    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

4.  Ryan Harris
    12345 I-10 Service Road, Apt. 22
    New Orleans, LA 70128
    504-320-7988; 504-676-2297

    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

5.  Darnell Harris
    8701 Willow Street
    New Orleans, LA 70118
    504-346-2332

    Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

6.  Selita Harris
    8701 Willow Street
    New Orleans, LA 70118
    504-315-8147

Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

7. Tara Blunt
   1321 Lock Lomand Drive
   Harvey, LA 70058
   504-715-1444

   Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

8. Jasmine Howard
   8530 Gervais Street
   New Orleans, LA 70127
   504-510-6640

   Plaintiffs' injuries; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

9. Charlotte Jones
   3012 Packenham Dr.
   Chalmette, LA
   504 -722-6738
   Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs,

before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

10. Marlene Kennedy
    4000 Rose Street, Apt. 3206
    Chalmette, LA 70043

Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

11. Raymond Riley
    3400 St. Anthony St., Apt. 221
    New Orleans, LA 70122
    512- 804-8233

Plaintiffs' activities and movement prior to and after the accident; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

12. Cornelius Garrison
    1533 Foy St.
    New Orleans, LA 70122
    504-564-2011

Plaintiffs' activities and movement prior to and after the accident ; Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

13.  Michael Ruffin
    4921 Bonita Drive
    New Orleans, LA 70126
    504-249-1335; 504-657-2557

    Plaintiffs' activities and movement prior to and after the accident; Social media

    postings; social media friends, relationships with people involved in similar accidents

    in New Orleans; communications with and/or contact with Plaintiffs, before or after the

    alleged accident; and information regarding common facts and direct connections to

    similar accidents in New Orleans.

14. Paul Clark
    14771 Beekman Road,
    New Orleans, LA 70128
    504-287-6644
    Plaintiffs' injuries; Plaintiffs' activities and movement prior to and after the accident;

    Social media postings; social media friends, relationships with people involved in

    similar accidents in New Orleans; communications with and/or contact with Plaintiffs,

    before or after the alleged accident; and information regarding common facts and direct

    connections to similar accidents in New Orleans.

15. Lesdreaka Dickson
    4937 Oled Drive,
    New Orleans, LA 70129
    504-205-1879

    Social media postings; social media friends, relationships with people involved in

    similar accidents in New Orleans; communications with and/or contact with Plaintiffs,

    before or after the alleged accident; and information regarding common facts and direct

    connections to similar accidents in New Orleans.

16. Harry Dorsey
    7007 Salem Drive,
    New Orleans, LA 70127
    504-284-9874

Social media postings; social media friends, relationships with people involved in similar accidents in New Orleans; communications with and/or contact with Plaintiffs, before or after the alleged accident; and information regarding common facts and direct connections to similar accidents in New Orleans.

17. Stanford McNabb
McNabb Rehabilitation Services
303 Chance Street
Lafayette, LA 70506
Life care planner.

*See* Mr. McNabb's expert report and curriculum vitae. Defendants certify that this expert's reports, curriculum vitae, fee schedule and testimony history was timely produced on February 15, 2019 in accordance with this Honorable Court's Scheduling Order.

18. Joe Schembre
JS Investigations
560 Oak Harbor Blvd., Ste. 201
Slidell, LA 70458
985-847-9954

Investigation regarding common facts and direct connections to other questionable accidents in New Orleans, LA; Communication with any witnesses.

19. Rick Champagne
Photofax
44W100 US Highway 20,
800-659-9351
Hampshire, Illinois, 60140.
Surveillance of Antoine Clark conducted between August 20 – 22, 2018

20. Any witness listed or sought to be called by any other party.

## JURY TRIAL

14. This case is a jury trial, applicable to all aspects of the case. Proposed jury instructions, special jury interrogatories, trial memoranda, and any special questions that the Court is asked to put to prospective jurors on voir dire shall be delivered to opposing counsel and filed with the Court no later than five business days prior to trial, unless otherwise ordered by the Court.

## BIFURCATION REGARDING LIABILITY AND QUANTUM

15. The issue of liability (will or will not) be tried separately from that of quantum.

## MATERS THAT MIGHT EXPEDITE DISPOSITION OF CASE

16. A statement describing any other matters that might expedite a disposition of the case.

**Plaintiffs**: If Defendants remove all exhibits and witnesses that are not associated with this case pertaining to Defendants' fraud allegations.  If the Court reminds the Defendants that the fraud claims were denied two times, as well as reminding the Defendants that the Motion to Amend the Answers for an Affirmative Defense of fraud was also denied.

## LENGTH OF TRIAL

17. A statement that trial shall commence on 29th day of April, 2019 at 8:30 a.m.

Plaintiffs submit the trail is expected to last five (5) days.

Defendants submit the trial will last up to seven (7) days.

## PRE-TRIAL ORDER

18. This pretrial order has been formulated after conference at which counsel for the respective parties have appeared. Reasonable opportunity has been afforded counsel for corrections, or additions, prior to signing. Hereafter, this order will control the course of

the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

## POSSIBILITY OF SETTLEMENT

19. Possibility of settlement of this case was considered.

**Plaintiffs**: Offers in good faith were made by Plaintiffs with Judge Roby, nevertheless, no counter offer or a good faith offer was made by Defense.

**Defendants**: Defendants submit that Plaintiffs intentionally drove their vehicle into the tractor/trailer operated by Randall Chambers.  Defendants requested Plaintiffs dismiss their case, with prejudice, and in exchange, Defendants would bear their own costs in defending this matter to date.

SIGNATURES

/s/ Vanessa Motta _____
**VANESSA MOTTA, #36915**
**MOTTA LAW, LLC**
855 Baronne Street, 2nd Floor
New Orleans, Louisiana 70113
Tel:  (504) 500-7245;
Fax:  (504) 513-3122
Email: vanessa@mottalaw.com
**ATTORNEYS FOR PLAINTIFFS**
Kierra Thomas, Antoine Clark and Shirley
Harris

&

/s/ Joseph M. Bruno _____
**JOSEPH M. BRUNO, #3604**
**DONALD D. REICHERT, JR., #33328**
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans Louisiana 70113-1102
Tel:  (504) 525-1335;
Fax:  (504) 581-1493
Email: jbruno@brunobrunolaw.com
     don@brunobrunolaw.com
**ATTORNEYS FOR PLAINTIFFS**
Kierra Thomas, Antoine Clark and Shirley
Harris

/s/ Dustin L. Poché_____
**GUY D. PERRIER, #20323**
**DUSTIN L. POCHÉ, #33451**
**PERRIER & LACOSTE, LLC**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820;
Fax:  (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: dpoche@perrierlacoste.com
**ATTORNEYS FOR DEFENDANTS,**
Randall Chambers, God's Way Trucking, LLC,
and Canal Insurance Company


_____
**HONORABLE SARAH S. VANCE**
**UNITED STATES DISTRICT COURT JUDGE**
**U.S.D.C. FOR EASTERN DISTRICT OF LOUISIANA**


Dated:   April 16, 2019