Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

HARRY DORSEY and         : Case No.
LESDREAKA DICKSON        :
                         : 2:18-cv-06603
        v.               :
                         :
COURTNEY JAMAIR, WERNER  :
ENTERPRISES, INC. OF     :
NEBRASKA, and ACE        :
AMERICAN INSURANCE       :
COMPANY                  :

- - -

AUDIO TRANSCRIPTION

- - -

Audio transcription of interview of Charlotte Jones and Marlene Kennedy.

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

**EXHIBIT F**



Page 7

1        me that, I told you yes, he was
2        involved.
3              MS. KENNEDY:  Yes.
4              MS. JONES:  He tried to hurt
5        me.  He was involved.
6              JOE:  Okay.  So --
7              MS. JONES:  Top is the head
8        person.
9              MS. KENNEDY:  That's kicking
10       it off.
11             MS. JONES:  Kicking it off.
12       He goes, get the people --
13             MS. KENNEDY:  Put them in
14       the car.
15             MS. JONES:  -- put them in
16       the car, drive they car, hit the
17       side of a truck.  And go to the
18       same lawyer you said.  I didn't
19       know until you said --
20             JOE:  I'm going to show you
21       a picture.  Is this --
22             MS. KENNEDY:  Yeah.  That's
23       Top.
24             MS. JONES:  That's Top.



```
 1              JOE:  What's his name?
 2              MS. JONES:  Raymond Riley.
 3              MS. KENNEDY:  Raymond Riley.
 4         Riley.
 5              MS. JONES:  Riley?
 6         Something I can't pronounce.
 7              JOE:  Where does he live?
 8              MS. JONES:  In Gentilly
 9         somewhere.
10              JOE:  Do you know --
11              MS. JONES:  He was staying
12         in Magnolia Park, but he moved out
13         of there.  Magnolia Garden.  He
14         was living in Magnolia Garden, up
15         and down much.  He moved out of
16         there.  He live somewhere in
17         Gentilly now.
18              JOE:  Okay.  Do y'all have
19         his phone number?  Either of
20         y'all?
21              MS. JONES:  No.  I can get
22         it, but not tonight.
23              MS. KENNEDY:  Yeah.  She can
24         get it from here cousin.
```



```
 1              MS. JONES:  Number two is
 2       Antoinette, A-n-t-o-i-n-e-t-t-e,
 3       Patterson, P-a-t-t-e-r-s-o-n.
 4       Tiffany, T-i-f-f-a-n-y, Turner,
 5       T-u-r-n-e-r.
 6              JOE:  Wait, now.  Stop right
 7       there.  So Antoinette Patterson is
 8       setting up accidents --
 9              MS. JONES:  No.  That's my
10       cousin.  (Inaudible.)
11              JOE:  Okay.  Go ahead.  I'm
12       sorry.  I'ma let you talk.
13                    -  -  -
14        (Unreportable crosstalk)
15                    -  -  -
16              MS. JONES:  Turner,
17       T-u-r-n-e-r.  All three of us
18       sitting in my house.  That's me.
19       Put my name.  Show you that.  You
20       already got me.  I'm not
21       (inaudible).  Top.
22              JOE:  Top came in your
23       house?
24              MS. JONES:  (Inaudible.)
```



```
 1            JOE:  Okay.
 2            MS. KENNEDY:  His name
 3       Raymond, R-a-y-m-o-n-d, Riley,
 4       R-i-l-e-y.
 5            MS. JONES:  (Inaudible)
 6       about 10:30.
 7            JOE:  Okay.  About 10:30 on
 8       Taron Lane.  Okay.  That's before
 9       you moved over here.  Okay.  And
10       what did he say?
11            MS. JONES:  Wait.
12       (Inaudible) came and sat down.
13       (Inaudible.)  Antoinette looked at
14       me.  She already knew before me.
15            MS. KENNEDY:  Yeah.
16            MS. JONES:  Because Tiffany
17       asked her (inaudible).  So when I
18       looked (inaudible) bitch you say
19       you're behind me but no.  You want
20       a good deal.  I say if it's legal.
21       She said, Bitch, it's legal legal.
22       Okay.  If it's legal (inaudible)
23       pay off this motherfucking car.
24       (Inaudible) he came in
```



```
 1         (inaudible).  She say I looked at
 2         Antoinette.  I said, Bitch, what's
 3         going on?  She say (inaudible).
 4         All the while when she said no, I
 5         knew there was something
 6         (inaudible).  So I say, She say
 7         no, why you can't pick me?
 8         Because you got the car.
 9         Antoinette was just going to be a
10         passenger.  Antoinette
11         (inaudible).  You gave me his real
12         name.
13              JOE:  Okay.
14              MS. JONES:  She said, Top --
15         she say, he gonna put you in your
16         car.  You not gonna to drive it.
17         He gonna drive it.  When he
18         blindside the side -- blindside on
19         the 18-wheeler, he gonna hurry up
20         and hit it, when it hit him, boom,
21         he gonna jump out and you jump
22         in -- you jump on out of the car.
23         Everybody jump out fast.
24         (Inaudible) it's your car.  Uh-uh,
```



Page 20

```
 1      man.  Fuck all that, man.
 2      (Inaudible) y'all motherfucker
 3      (inaudible) doing all this fucking
 4      shit.  Y'all said I should have
 5      been blah-blah-blah, bitch.  Fuck
 6      that, man.  Call the police.  Call
 7      somebody.  I say, No.  I'm not
 8      doing it.
 9            MS. KENNEDY:  Um-hm.
10            MS. JONES:  She said, Bitch,
11      Antoinette, what you keep looking
12      at Shawn for like that?  Ain't
13      your car.  Antoinette said, Bitch,
14      I ain't getting in it.
15            MS. KENNEDY:  Yeah.
16            MS. JONES:  So I don't care
17      what my cousin did.  I said, Well,
18      your cousin ain't doing it.
19            MS. KENNEDY:  Yeah.
20            MS. JONES:  (Inaudible)
21      12-something?  I can't
22      (inaudible).  Sit down.  I say,
23      Y'all, come on let's go.  Just
24      come one.  Let's go.  I knew it
```



```
 1      You's chilling?
 2           MALE VOICE:  (Inaudible.)
 3           MS. KENNEDY:  All right.
 4      Hold on (inaudible).
 5           MS. JONES:  (Inaudible.)
 6           JOE:  Can we see the text
 7      message?
 8           MS. JONES:  Oh, yeah.
 9           JOE:  Let me see that paper.
10      Let me ask you some questions.  I
11      got a couple of things I want to
12      ask you.  So you pretty much
13      explained to me how it all started
14      as far as you know and how -- and
15      who all's involved as far as you
16      know, right?  So do you know --
17      can we -- do you know Shirley
18      Harris?  Because I know she's been
19      in some wrecks and that's one of
20      the names --
21           MS. JONES:  Hm.
22           MS. KENNEDY:  It sound
23      familiar.  Who that is?
24           MS. JONES:  (Inaudible.)
```



Page 45

```
 1              JOE:  Don't get nervous.
 2       Nothing to --
 3              MS. JONES:  (Inaudible.)
 4              JOE:  Name why I'm doing it?
 5              MS. JONES:  Name some of the
 6       people --
 7              JOE:  Oh, okay.  Cornelius
 8       Garrison.  You know Cornelius?
 9              MS. JONES:  Um-um.
10       (Inaudible.)
11              JOE:  Ryan Harris?
12              FEMALE SPEAKER:  Um-hm.
13              JOE:  Shirley Harris?
14              MS. JONES:  Yeah, yeah,
15       yeah, yeah, yeah, yeah, yeah.
16       Fuck (inaudible).
17              MS. KENNEDY:  (Inaudible.)
18       I'ma tell you --
19              MS. JONES:  (Inaudible.)
20              MS. KENNEDY:  I'ma tell him
21       a dozen names.  (Inaudible) Zanda
22       Lee.  Connie Lee.
23              JOE:  I know their names.
24              MS. KENNEDY:  (Inaudible.)
```



Page 46

```
 1              MS. JONES:  All them.  All
 2      them.  (Inaudible.)
 3              MS. KENNEDY:  (Inaudible.)
 4              MS. JONES:  Put all their
 5      names down.
 6              JOE:  Okay.  Tell how you
 7      know Shirley Harris.
 8              MS. JONES:  Through --
 9      through Tiffany (inaudible)
10      meeting up with them when I was --
11      used to hang with them, riding
12      with them, (inaudible) house, play
13      cards.
14              JOE:  Do you know if Shirley
15      Harris staged any accident.
16              MS. JONES:  She always --
17      she gets her people.  Her
18      children, her brother, her cousin,
19      her friend.  All of them
20      (inaudible) motherfucker.
21              JOE:  So she gets everybody
22      to do it too.
23              MS. JONES:  Yeah.
24              JOE:  Does she get paid by
```



Page 47

```
 1      the attorney?
 2           MS. JONES:  Yeah.  All of
 3      them get paid by the attorney.
 4           JOE:  No, no, no.  But does
 5      Top get -- if Shirley Harris does
 6      it, does Top get the money and
 7      Shirley gets it or does Shirley
 8      get it --
 9           MS. JONES:  Listen.  You
10      Top.  All Top you get a thousand
11      dollars.
12           MS. KENNEDY:  For bringing
13      me.
14           MS. JONES:  For bringing me.
15      I get 500.  I'm just an outsider.
16      For Shirley Harris and the top the
17      same, they both get a thousand.
18      Me (inaudible) get 500.
19      (Inaudible) money.
20           JOE:  Is Shirley Harris at
21      the same level at Top?
22           MS. JONES:  Yes.
23           JOE:  Okay.  She is.
24           MS. JONES:  Yes.
```



```
1                    CERTIFICATE
2
3
4            I HEREBY CERTIFY that the
5    foregoing was transcribed by me from an
6    audio file to the best of my ability.
7
8
9
         Cindy Parker
10       Dated:  February 22, 2019
11
12
13
14
15            (The foregoing certification
16   of this transcript does not apply to any
17   reproduction of the same by any means,
18   unless under the direct control and/or
19   supervision of the certifying reporter.)
20
21
22
23
24
```

