MINUTE ENTRY
ROBY, M.J.
April 3, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIERRA THOMAS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4373** |
| **RANDALL CHAMBERS, ET AL** | **SECTION: "R" (4)** |

LAW CLERK: Brian E. Hawthorne
COURT REPORTER: Sandra Minutillo

Appearances: **Julie Quinn** for One Spine Institute, LLC.
**Dustin Poche** for Defendants.

On this day, pursuant to the Court's March 28, 2019 Order (R. Doc. 141), oral arguments were heard regarding the Defendant's **Motion for Contempt for Failure to Respond to Subpoena and to Compel Production of Documents (R. Doc. 59)**. An order will be forthcoming.

**MJSTAR: 00:37**