UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIERRA THOMAS, ET AL.                               CIVIL ACTION

VERSUS                                              NO. 18-4373

RANDALL CHAMBERS, ET AL.                            SECTION "R" (4)

## ORDER

The Court has received reliable information that there is an ongoing criminal investigation by the U.S. Attorney's Office that may involve this proceeding and/or witnesses or counsel to the proceeding.[1]  The Court finds that it is in the best interest of the parties, the court, and the public to stay this proceeding pending the conclusion of this criminal investigation.  *See Dolan v. Parish of St. Tammany*, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013) ("In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interest of the defendants; 5) the interests of the court; and 6) the public interest.").  This stay will protect plaintiffs from any risks associated with testifying in this proceeding while this criminal

---

[1] At a status conference before the Court on May 28, 2019, defendants' counsel and plaintiffs' counsel both submitted to the Court documentation for *in camera* review establishing the existence of this criminal investigation.

[ JS-10:   :20 ]

investigation is pending.  This stay is also in defendants' interests, because proceeding to trial before the criminal investigation concludes could result in certain witnesses for the defense invoking their Fifth Amendment privilege.

This stay applies to *all aspects* of this litigation, including any pending motions currently before Magistrate Judge Roby.  The matter may be reopened upon the motion of either party demonstrating that the criminal investigation has concluded, at which time a new trial date will be set.  Finally, plaintiffs are advised that they should obtain independent legal advice concerning any risks they may face in continuing with this litigation.

**IT IS ORDERED** that the above-captioned case is STAYED and administratively closed.

New Orleans, Louisiana, this __29th__ day of May, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE